UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: DUPIXENT (DUPILUMAB)**<br><br>**PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br><br>*David Luchsinger and Cheryl Luchsinger v. Regeneron Pharmaceuticals, Inc. and Sanofi-Aventis U.S. LLC*<br>USDC NJ 2:26-cv-00338 | **MDL No. 3:26-md-03180-ZNQ-JBD** |

**REQUEST AND MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT INITIAL MANAGEMENT CONFERENCE**

Attorney Malorie L. Gage, counsel for David Luchsinger and Cheryl Luchsinger respectfully requests permission to appear telephonically at the Initial Management Conference presently scheduled for October 1, 2026 at 1:00 p.m.ET.

In support of this request, counsel states as follows:

1. Counsel recently entered an appearance on behalf of Plaintiff in this matter.
2. Counsel's office is located in Pensacola, Florida, which is substantial distance from the courthouse.
3. The upcoming conference is expected address case management and scheduling matters, and counsel's participation can be effectively accomplished by telephone without prejudice to any party or disruption to the proceedings.

WHEREFORE, counsel respectfully request that the Court permit Malorie L. Gage to appear telephonically at the Initial Management Conference scheduled for October 1, 2026, and for such other and further relief as the Court deems just and proper.

Dated: September 25, 2026

Respectfully,

/s/ Malorie L. Gage
Malorie L. Gage
PA Bar No.: 339216
Aylstock, Witkin, Kreis, & Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2026, a copy of the foregoing Request for Telephonic Appearance was served on Defendants, using the CM/ECF system, which sent notification of such filing to all counsel of record who have appeared.

/s/ Malorie L. Gage
Malorie L. Gage
Aylstock, Witkin, Kreis, & Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449

*Attorney for Plaintiffs*

**Request to appear by telephone is DENIED. If counsel do not wish to attend in-person they can review any orders resulting from the conference and consult with attending counsel.**

**So Ordered this 28th day of September 2026.**

ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE