# Exhibit A

# Christopher A. Seeger
## Seeger Weiss LLP

**<u>Curriculum Vitae</u>**

A founding partner of Seeger Weiss LLP, Christopher A. Seeger is widely recognized as a highly innovative and accomplished plaintiffs' attorney. Chiefly known for multidistrict mass torts and class actions involving drug injury, toxic injury, and personal injury, his versatile practice also includes product liability, property damage, antitrust, and third-party payer litigation, as well as consumer, insurance, and securities fraud. Frequently selected by his peers and appointed by courts to coordinate and steward the class and mass actions in which his firm is involved, Mr. Seeger often serves as the voice for plaintiffs on litigation and resolution issues, and has developed an exceptional ability to build consensus and ultimately resolve some of the largest and most economically complex litigations in the last decade.

For example, Mr. Seeger's leadership roles include *In re 3M Combat Arms Earplug Prods. Liab. Litig.*, MDL 2885 (N.D. Fla.) (appointed Co-Lead Counsel in largest MDL in history, and chaired Settlement Committee that led negotiation of global settlement worth $6 billion); *In re Nat'l Prescription Opiate Litig.*, MDL No. 2804 (N.D. Ohio) (appointed Co-Lead Counsel of the Negotiation Class and to the Executive Committee and Settlement Committee, which reached settlements to date worth over $50 billion); *In re Nat'l Football League Players' Concussion Injury Litig.*, MDL No. 2323 (E.D. Pa.) (appointed Lead Class Counsel and negotiated an uncapped 65 year settlement program, which has paid out more than $1 billion in monetary awards to date); *In re Philips Recalled CPAP, Bi-Level Pap, and Mechanical Ventilator Products Litigation*, MDL No. 3014 (W.D. Pa.) (appointed Co-Lead Counsel and lead negotiator of three global settlements valued at over $1.5 billion); *In re Proton-Pump Inhibitor Products Liability Litigation (No. II)*, MDL No. 2786 (D.N.J.) (appointed Co-Lead Counsel; negotiated over $600 million in settlements with multiple defendants); and *In re Volkswagen 'Clean Diesel' Marketing Sales Practices Litigation*, MDL No. 2672 (N.D.Ca.) (appointed to Plaintiffs' Steering Committee and Settlement Committee, which drove settlement worth more than $10 billion)

Recently, as Plaintiffs' Lead Negotiation Counsel in the *Johnson & Johnson Talcum Powder Litigation*, Mr. Seeger led settlement negotiations on behalf of the nearly 60,000 women who developed ovarian cancer after using Johnson & Johnson's Baby Powder, Shower to Shower, and other talcum powder products. After more than a decade of litigation, Mr. Seeger and the Plaintiffs' Negotiation Committee in MDL No. 2738, with the support of the Plaintiffs' Executive and Steering Committees, secured a historic uncapped global settlement in which J&J agreed to pay a minimum of $5.8 billion to resolve all current and pending talcum powder claims in the MDL and related state court proceedings, providing compensation, through a transparent tiered grid system, to affected women.

As proposed class counsel in the *Roundup Products Liability Litigation*, Mr. Seeger helped negotiate a proposed nationwide class-action settlement in the 22nd Judicial Circuit Court for the City of St. Louis, Missouri, making up to $7.25 billion available to compensate individuals across the United States who were exposed to Roundup and diagnosed with non-Hodgkin

lymphoma — including those diagnosed in the future, with the settlement designed to cover claims for up to 21 years. The proposed settlement received preliminary court approval in March 2026 and on June 17, 2026, a federal judge sent the proposed settlement back to the Missouri state court, where it will continue through the approval process.

Mr. Seeger was also recently appointed as a member of the Interim Plaintiffs' Steering Committee in *In re Garden Grove Chemical Plant Evacuation*, a consolidated class action pending in the U.S. District Court for the Central District of California, arising from a May 2026 chemical leak at GKN Aerospace Transparency Systems' manufacturing plant. He was also appointed Plaintiffs' Lead Counsel in the *Class Action Settlement Administration Litigation* by the Honorable Judge John D. Bates of the United States District Court for the District of Columbia, a case focused on how claims administrators are selected, compensated, and supervised.

Seeger Weiss is broadly regarded as one of the nation's preeminent trial law firms, with an established track record of leading some of the most complex and impactful cases on behalf of injured parties. The firm is at the forefront of the law on issues of importance to our communities, whether redressing the Opioid epidemic, obtaining life-changing benefits for former NFL players and their families, compensating thousands of veterans injured by 3M's defective earplugs, holding social media platforms responsible for victimizing our children, or bringing Volkswagen to justice in the "Clean Diesel" litigation.

As a trial firm that litigates its cases from "tip to tail," Seeger Weiss is frequently asked by its co-leadership firms to lead the offensive discovery program and trial-case development for the complex cases in which it focuses. To that end, Seeger Weiss has deep experience in all aspects of discovery in complex consolidated/coordinated cases, from the negotiation and execution of the "first day" orders that set the table for the litigation and discovery (e.g., ESI and format of production orders, preservation orders, discovery orders, expert protocols, etc.), to the conferral and resolution of discovery disputes, ESI and document management and synthesis, expert discovery, and trial preparation. In collaboration with the leadership teams with which it serves—with its prior experience and Rule 1 front of mind—Seeger Weiss attorneys craft focused and efficient discovery programs to expeditiously discover the facts and issues at the heart of the litigation.

Mr. Seeger is an elected member of the American Law Institute, and a Fellow of the International Society of Barristers. The Chambers guide has ranked him a Band 1 lawyer, and the National Law Journal refers to Mr. Seeger as a "trailblazer and pioneer" who has "changed the practice of litigation." He is active member of various bar organizations, and a frequent speaker to the bar and judiciary on matters relating to the litigation and resolution of complex cases. Mr. Seeger is on the Leadership Council of the Bolch Judicial Institute at Duke Law School and on the Advisory Board at the New York University Law School Civil Justice Center.

**Education**

1990, Juris Doctor, magna cum laude
*Benjamin N. Cardozo School of Law*

1987, Bachelor of Arts, summa cum laude
*Hunter College of the City University of New York*

**Admissions**

States

- New Jersey, 1990
- New York, 1991

District Courts

- District of Colorado, 2011
- Eastern District of Michigan, 2017
- Eastern District of New York, 2002
- Southern District of New York, 1992
- Northern District of New York, 2020
- District of New Jersey, 1991

Courts of Appeals

- Second Circuit, 2010
- Third Circuit, 2014
- Sixth Circuit, 2019
- Ninth Circuit, 2009
- Tenth Circuit, 2018

**Memberships & Associations**

- American Association for Justice
- American Bar Association
- American Bar Foundation
- Advisory Board, Center on Civil Justice at New York University School of Law
- Advisory Board, RAND Center for Catastrophic Risk Management and Compensation
- Advisory Council, Duke Law Center for Judicial Studies
- Board of Trustees, Hunter College Foundation
- Co-General Counsel, Badge of Honor Memorial Foundation, 2008–present
- Dean's Advisory Counsel, Benjamin N. Cardozo School of Law
- Elected Member, American Law Institute
- International Society of Barristers
- New Jersey State Bar Association
- New York State Trial Lawyers Association
- Pre-Law Advisory Board, Hunter College

- The Association of the Bar of the City of New York
- Trial Lawyers for Public Justice

**Selected Representation**

*Johnson & Johnson Talcum Powder Litigation:* Appointed Plaintiffs' Lead Negotiation Counsel of the *Johnson & Johnson Talcum Powder Litigation* by the Honorable Judge Rukhsanah L. Singh of the District of New Jersey. The litigation alleges women developed ovarian cancer after using Johnson & Johnson's Baby Powder, Shower to Shower, and other talcum powder products. After more than a decade of litigation, Mr. Seeger and the Plaintiffs' Negotiation Committee with the support of the Plaintiffs' Executive and Steering Committees, secured a historic uncapped global settlement in which *Johnson & Johnson* agreed to pay a minimum of $5.8 billion to resolve all current and pending talcum powder claims in the MDL and related state court proceedings, providing compensation.

*Roundup Products Liability Litigation:* Appointed proposed class counsel in the Roundup Products Liability Litigation, Mr. Seeger helped negotiate a proposed nationwide class-action settlement filed in the 22nd Judicial Circuit Court for the City of St. Louis, Missouri, making up to $7.25 billion available to compensate individuals across the United States who were exposed to Roundup and diagnosed with non-Hodgkin lymphoma, including those diagnosed in the future. On June 17, 2026, a federal judge sent the settlement back to Missouri state court, where it continues through the approval process.

*Depo-Provera Products Liability Litigation:* Appointed lead counsel in the *Depo-Provera Products Liability Litigation* by the Honorable Judge M. Casey Rodgers of the Northern District of Florida. The litigation, consolidated in multidistrict proceedings, claims Pfizer misrepresented the long-term safety of the injectable birth control Depo-Provera and failed to warn of the increased risk of intracranial meningiomas, a type of brain tumor. On June 15, 2026, Judge M. Casey Rodgers announced in a court order that Pfizer and plaintiffs' lead counsel have reached a global agreement to resolve eligible claims.

*MultiPlan Health Insurance Providers Litigation:* Mr. Seeger was appointed as Plaintiffs' Coordinating Counsel of the *MultiPlan Health Insurance Providers Litigation* by the Honorable Judge Matthew F. Kennelly. In this role, Mr. Seeger facilitates efficient communication between class and direct-action plaintiffs, the Court, and the defendants in a case alleging that MultiPlan and major health insurance companies conspired to suppress reimbursement rates for out-of-network healthcare providers.

*In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*: Appointed as Counsel to the Co-Lead Counsel and Settlement Counsel by Judge Yvonne Gonzalez Rogers to help represent families who filed product liability lawsuits alleging social media companies designed their platforms to promote compulsive misuse leading to personal injuries and school districts impacted by these design decisions. In June 2026, Meta, Snap, TikTok, and YouTube each agreed to settle with a Kentucky county school district, resolving the first bellwether school district case in the MDL ahead of its scheduled trial. The settlement followed a landmark March 2026 verdict in a parallel California case, where a jury found Meta and YouTube negligent and ordered them to pay $4.2 million and $1.8 million, respectively, in combined compensatory and punitive damages.

*Philips Recalled CPAP, Bi-Level Pap, and Mechanical Ventilator Products Litigation*: Appointed Co-lead Counsel by Judge Joy Flowers Conti to lead the *Philips Recalled CPAP, Bi-Level Pap*, and *Mechanical Ventilator litigation* representing patients impacted by the company's recall of more than 10.8 million devices. Secured a $1.075 billion settlement to compensate patients who suffered injuries while using recalled Philips devices and a $25 million settlement to cover the cost of medical monitoring for potential long-term health risks. This is in addition to securing an uncapped settlement Mr. Seeger helped secure worth a minimum of $550 million to resolve economic loss claims of users who purchased defective Philips CPAP, Bi-PAP, and ventilator devices.

*3M Combat Arms Earplug Products Liability Litigation*: Appointed Co-lead Counsel by Judge M. Casey Rodgers prosecuting product liability claims arising from defective earplugs sold to the US Military. After more than four years of litigation, secured an over $6 billion settlement providing compensation to service members and veterans who suffered hearing loss and tinnitus while using 3M earplugs.

*Proton-Pump Inhibitor Products Liability Litigation*: Appointed Co-lead Counsel in the MDL on behalf of patients who suffered kidney injuries while using proton-pump inhibitor drugs. Reached $425 million settlement with AstraZeneca and additional agreements with GlaxoSmithKline, Pfizer, and Procter & Gamble, bringing total value of resolution to $533.5 million.

*Volkswagen "Clean Diesel" Marketing, Sales Practices, & Products Liability Litigation*: Appointed to Plaintiffs' Steering Committee by the Honorable Charles R. Breyer, representing individuals affected by the Volkswagen diesel emissions controversy. Served on the Settlement Committee and was one of the lead negotiators of a $21 billion settlement which includes a massive buyback program for consumers and billions of dollars for environmental remediation.

*NFL Players' Concussion Injury Litigation*: Appointed Co-Lead Class Counsel by the Honorable Anita Brody, serving as chief negotiator on behalf of plaintiffs in the highly visible and contentious multidistrict litigation against the National Football League. There, Mr. Seeger faced significant legal and procedural challenges, including those associated with federal preemption, causation and sub-classing. Ultimately, he was able to surmount these hurdles and lead settlement negotiations under the auspices of a mediator, and in coordination with subclass counsel. The results achieved there—an uncapped settlement fund valued at approximately $1 billion and a medical testing program—were overwhelmingly supported by the class and received unprecedented media attention. This settlement was approved by the Third Circuit Court of Appeals and certification of appeal was recently denied by the United States Supreme Court.

*Vioxx Products Liability Litigation:* Unanimously selected by the plaintiffs' lawyers as Co-Lead Counsel and appointed by the Honorable Eldon E. Fallo. Developed the overall litigation strategy for the approximately 27,000 separate cases against Merck & Co., securing a settlement for $4.85 billion following five years of intense litigation, but mere months after obtaining a jury verdict of $47.5 million in a client's bellwether trial (Humeston v. Merck & Co., Inc., case no. ATL-L-2272-03, N.J. Super. Ct. Atlantic County). Conceived and used a global lien resolution administrator, resulting in significant savings and quicker payments to class members.

*Chinese-Manufactured Drywall Products Liability Litigation:* Appointed as Chair of the Plaintiffs' Trial Committee by the Honorable Eldon E. Fallon, serving as lead trial counsel in obtaining successful verdicts in a succession of bellwether liability and damages trials on behalf close to 5,000 property owners who used the allegedly toxic drywall, many in rebuilding homes destroyed by Hurricane Katrina. These verdicts served as the precursor to a national settlement valued at approximately $1 billion with worldwide drywall distributor Knauf Plasterboard Tianjin (KPT) in 2011.

*In re Garden Grove Chemical Plant Evacuation:* Appointed as a member of the Interim Plaintiffs' Steering Committee in *In re Garden Grove Chemical Plant Evacuation*, a consolidated class action pending in the U.S. District Court for the Central District of California. The litigation arises from a chemical leak in May 2026 at GKN Aerospace Transparency Systems' manufacturing plant in Garden Grove, California, which resulted in extended evacuations and shelter-in-place directives, and affected 50,000 local residents and businesses.

*Class Action Settlement Administration Litigation:* Appointed Plaintiffs' Lead Counsel in the *Class Action Settlement Administration Litigation* by the Honorable Judge John D. Bates of the United States District Court for the District of Columbia. The litigation focuses on how claims administrators, the third-party companies entrusted with notifying class members, processing claims, and distributing hundreds of millions of dollars in settlement funds, are selected, compensated, and supervised.

*Henrietta Lacks Litigation*: Represents the estate of Henrietta Lacks and members of her family, who are seeking justice against pharmaceutical and biotechnology companies for unjustly profiting from Lack's stolen cells. In late February 2026, the team secured a confidential settlement between the Estate of Henrietta Lack and Novartis Pharmaceuticals and a resolution with Viatris in March 2026.

*Syngenta AG MIR 162 Corn Litigation*: Appointed to the Plaintiffs' Settlement Negotiating Committee by the Honorable John W. Lungstrum, serving as one of the principal negotiators in representing nationwide corn producers harmed as a result of Swiss agrochemical giant Syngenta AG's premature commercialization of genetically modified strains of corn known as Agrisure Viptera and Duracade. A federal jury verdict of $217.7 million in compensatory damages in a Kansas class-wide trial led to the announcement in December 2018 of a nationwide settlement of $1.5 billion.

*Testosterone Replacement Therapy Products Liability Litigation*: Appointed Co-Lead Counsel by the Honorable Matthew Kennelly, representing the interests of individuals who were injured by testosterone medications. Led settlement negotiations against four manufacturers ultimately resulting in global resolution of litigation.

*National Prescription Opioid Litigation*: Appointed to the Plaintiffs' Executive and Settlement Committees by the Hon. Dan A. Polster. Helped secure settlements worth more than $15 billion with Walgreens, Walmart, CVS, and Kroger. Assisted in obtaining a $6.6 billion settlement with pharmaceutical manufacturers Teva and Allergan (AbbVie). Worked with the Plaintiffs' Executive Committee in the federal opioid litigation to announce the terms for a $26 billion global settlement agreement with opioid manufacturer Johnson & Johnson and the "Big Three" drug distributors AmerisourceBergen, Cardinal Health, and McKesson. To date, Mr. Seeger has

been involved in over $50 billion in settlements through *the National Prescription Opioid Litigation*.

*Intel Corp. CPU Marketing, Sales Practices & Products Liability Litigation*: Appointed Interim Co-Lead Counsel in the nationwide lawsuit against Intel Corp., prosecuting fraud, product defect, and related claims on behalf of consumers who purchased computers and other devices containing flawed computer chips.

*Fresenius Granuflo/Naturalyte Dialysate Products Liability Litigation:* Appointed to the Plaintiffs' Executive Committee by the Honorable Douglas P. Woodlock.

*Zyprexa Products Liability Litigation:* Appointed as Liaison Counsel by the Honorable Jack B. Weinstein, serving as one of the chief negotiators in connection with a national $700 million settlement with Eli Lilly for over 8,000 claims that Zyprexa caused diabetes-related injuries. This was followed by a $500 million second-round settlement. Mr. Seeger was the first to conceive of and use a global lien resolution administrator in the class or mass action context to resolve government and/or third-party liens, resulting in significant savings and quicker payments to class members.

*Depuy Orthopaedics, Inc. ASR Hip Implant Products Multidistrict Litigation:* Appointed to the Plaintiffs' Executive Committee by the Honorable David A. Katz, involved in negotiating an almost $3 billion settlement.

*Yasmin and YAZ Marketing, Sales Practices and Products Liability Litigation:* Appointed to the Plaintiffs' Steering Committee by the Honorable David R. Herndon. Was the first to settle own clients' cases, which ultimately led to the creation of nationwide settlement program exceeding $2 billion.

*Invokana Products Liability Litigation:* Appointed by the Honorable Brian R. Martinotti as Co-Lead Counsel of the Plaintiffs' Steering Committee on January 24, 2017, representing plaintiffs against Johnson & Johnson Co. and Janssen Pharmaceuticals, Inc., claiming injuries including diabetic ketoacidosis, acute kidney failure, and amputations as a result of taking the drug Invokana.

*Actos (Pioglitazone) Products Liability Litigation:* Appointed by the Honorable Rebecca F. Doherty to the Plaintiffs' Steering Committee of the consolidated MDL representing plaintiffs who developed bladder cancer resulting from their Actos diabetes drug.

*Phenylpropanolamine (PPA) Products Liability Litigation:* Served as principal negotiator and Co-Lead Counsel in the nationwide settlement of all PPA (phenylpropanolamine)-related injuries resulting from the ingestion of weight loss product Dexatrim. Involved in the litigation against numerous other manufacturers of pharmaceuticals containing PPA, serving on the MDL Plaintiffs' Steering Committee in the Western District of Washington and as Liaison Counsel in the New York state court litigation. Plaintiffs were awarded over $40 million.

**CURRICULM VITAE**
**BRANDON L. BOGLE**

For more than 15 years, Brandon Bogle has served to protect the rights of clients injured by defective drugs or products. Mr. Bogle has successfully represented thousands of clients in complex mass tort cases from inception to resolution. The list of major MDLs Mr. Bogle has actively litigated in include, but are not limited to, *In re: Fosamax Products Liability Litigation (*MDL 1789); *In re: Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation* (MDL 2100); *In re: Testosterone Replacement Therapy Products Liability Litigation* (MDL 2545); In re: *National Prescription Opiate Litigation* (MDL 2804); *In re: Elmiron Products Liability Litigation* (MDL 2973); *In re: Paraquat Products Liability Litigation* (MDL 3004); *In re: Tepezza Marketing, Sales Practices, and Products Liability Litigation* (MDL 3079); and *In re: Insulin Pricing Litigation* (MDL 3080).

Mr. Bogle has acted as trial counsel in multiple jury trials involving osteonecrosis of the jaw suffered by patients taking Fosamax along with serving as trial counsel in multiple cases involving heart attacks suffered by patients taking Testosterone Replacement Therapy. Mr. Bogle has also served as trial counsel in the opioid bellwether remand trial representing Cabell County, West Virginia. Mr. Bogle has further served as appellate counsel in multiple pharmaceutical cases and have conducted oral argument in the United States Court of Appeals for the Third Circuit and the Ninth Circuit on the issue of federal preemption. Altogether, Mr. Bogle has worked in various roles in complex mass tort cases such that he is well versed in legal brief writing, written discovery, conducting depositions of corporate witnesses and treating medical physicians, collaborative work with medical experts, and the examination of witnesses at trial.

## NATIONAL LEADERSHIP POSITIONS

- *MDL* 2545*: In re: Testosterone Replacement Therapy Products Liability Litigation,* File No.: 14-C-1748 (J. Kennelly, N.D. Ill.), United States District Court, Northern District of Illinois (Member of Law and Briefing Committee and Co-Chair of Discovery as to Defendant Eli Lilly & Company);

- MDL 2804: *In re: National Prescription Opiate Litigation,* File No.: 1:17-MD-2804 (J. Polster, N.D. Ohio), United States District Court, Northern District of Ohio (Co-Chair of Discovery as to Defendant McKesson Corporation);

- MDL 3079: *In re: Tepezza Marketing, Sales Practices, and Products Liability Litigation*, File No.: 1:23-cv-03568 (J. Durkin, N.D. Ill.), United States District Court, Northern District of Illinois (Member of the Plaintiffs' Executive Committee);

- MDL 3080: *In re: Insulin Pricing Litigation*, File No: 2:23-md-03080 (B. Martinotti, District of New Jersey) United States District Court, District of New Jersey (Co-Lead Counsel of Self-Funded Payer Track).

**BAR ADMISSIONS**

- Florida, 2008
- United States Court of Appeals for the Third Circuit, 2012
- United States Court of Appeals for the Ninth Circuit, 2021
- United States District Court for the Northern District of Florida, 2010
- United States District Court for the Middle District of Florida, 2016
- United States District Court for the Southern District of Florida, 2012
- United States District Court for the District of Nebraska, 2021

**EDUCATION**

- Florida State University College of Law, *Magna Cum Laude*, Tallahassee, FL, 2007
- Florida State University, Bachelor of Science (Interdisciplinary Social Science), Tallahassee, FL, 2004

**EXPERIENCE**

**Levin, Papantonio, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A.**
Pensacola, FL
*Shareholder* May 2010-Present

- Represent a high volume of clients in complex product liability cases from inception of claim through resolution by trial or settlement.
- Extensive discovery experience in multi-district litigation settings including Insulin Pricing Litigation (MDL 3080) Tepezza Marketing, Sales Practices, and Products Liability Litigation (MDL 3079), National Prescription Opiate Litigation (MDL 2804), Testosterone Replacement Therapy Products Liability Litigation (MDL 2545), Fosamax Products Liability Litigation I and II (MDLs 1789 & 2243) and Yasmin and Yaz Marketing, Sales Practices, and Products Liability Litigation (MDL 2100).
- Acted as trial counsel in more than ten complex civil trials handling elements of trial preparation, motion practice, and examination of witnesses during trial.
- Significant experience researching legal issues and drafting intricate motions and briefs concerning various areas of civil law.

**Office of the Public Defender, 14th Judicial Circuit**
Panama City, FL
*Assistant Public Defender* April 2009- April 2010

- Represented client's interests throughout all levels of the criminal process including motion hearings and jury trials.
- Lead counsel in three misdemeanor jury trials, two felony jury trials (including two life felony charges), and seated 6 juries for trial.
- Researched issues of prosecutorial and judicial trial error and drafted appellate briefs.

**Office of the Public Defender, 18th Judicial Circuit**
Viera, FL
*Assistant Public Defender* April 2008- April 2009

- Lead counsel in eight misdemeanor jury trials.
- Effectively managed a large caseload by firmly negotiating efficient case resolutions.

# Laura Baughman

## SUMMARY

Proven trial lawyer with a master's degree in engineering. Prepared, proactive, strategic, and aggressive.

## EXPERTISE

- Cross Examination
- Deposition and Trial Strategy
- Settlement Negotiation
- Legal Research and Writing
- Expert Witness Development
- Organization and Administration

## EXPERIENCE

**PARTNER** | 2023–present
Weitz & Luxenberg – New York, NY

- Spearheaded Camp Lejeune water contamination expert reports and depositions for MDL.
- Handled expert work-up and depositions in Exactech MDL.
- Lead on Oxbryta and Dupixent litigation at firm.

**PARTNER/SHAREHOLDER** | 2019–2023
Martin Baughman, PLLC - Dallas, TX

- Tried 6 cases and managed over 3,000 cases against companies such as Ethicon, Boston Scientific, C.R. Bard, Cook and Cordis.
- Managed all aspects of the law firm including attorneys, staff, HR, and operations.
- Significant accomplishments include obtaining a favorable jury verdict as lead trial counsel in a medical device case against C.R. Bard in 2021 in N.D. of Texas, which assisted in resolving entire docket of over 500 cases.

**PARTNER/SHAREHOLDER** | 1995-2019
Baron & Budd, P.C. - Dallas, TX

- Managed the firm's pharmaceutical and medical device litigation.
- Served as trial counsel in a bellwether case against Cook Medical, Inc. in 2019 in an IVC filter MDL, resulting in a $3 million verdict and the first finding of a design defect in this type of case.
- Served as lead counsel in a consumer protection act case filed on behalf of the State of Mississippi against Fresenius Medical Care regarding deceptive marketing, which settled in 2019 for $15.7 million.
- Managed litigation on behalf of seven states against GlaxoSmithKline regarding fraudulent marketing of Avandia, which led to a $177 million settlement.

# Laura Baughman

- Appointed as Class Counsel by the Los Angeles Superior Court in a nationwide consumer class action on behalf of salon stylists regarding deceptive marketing of the carcinogen content of Brazilian Blowout which resulted in a $4 million settlement and a change in the label.
- Litigated and settled toxic tort cases, including cases involving exposure to lead and other toxic substances at an abandoned oil refinery in Central Texas that resulted in a $9 million settlement.
- Took key expert depositions on behalf of 153 water providers in 17 states whose water was contaminated with MTBE. Case resulted in a $423 million settlement and a 30-year commitment by the defendant gasoline refiners to treat 3,385 wells if and when they become contaminated with MTBE.
- Co-lead counsel in two significant Proposition 65 cases, including a water contamination case that culminated in a settlement valued at $107 million, which required several oil companies to clean up contaminated groundwater and to take preventative measures.

**BRIEFING ATTORNEY** | 1994-1995
Supreme Court of Texas - Austin, TX

- Served as law clerk to Justice Rose Spector. Drafted opinions and memoranda for the Court.

## EDUCATION

**The University of Texas - Austin, Texas**

- J.D., with honors, 1994
- Chief Articles & Notes Editor, Texas International Law Journal, 1993-94

**The Cooper Union for the Advancement of Science and Art - New York, NY**

- Master of Engineering, 1991 (specialized in hydrology & environmental engineering)
- Bachelor of Science in Engineering, 1990 (specialized in civil/environmental engineering)

## BAR & COURT ADMISSIONS

- Texas, California, New York and Missouri state courts
- United States Court of Appeals for the Second & Ninth Circuits
- United States District Court, Southern & Eastern Districts of New York
- United States District Court, Northern, Southern & Eastern Districts of Texas
- United States District Court, Central & Eastern Districts of California
- United States District Court, Eastern & Western Districts of Missouri
- United States District Court, Kansas

# Laura Baughman

## AWARDS

- **Best Lawyer in Dallas**, Mass Tort, D Magazine 2022
- **Best Lawyer in Dallas Under 40**, D Magazine, 2006
- **Texas Super Lawyer**, Law & Politics Media, Inc.; Key Professional Media, 2004 & 2005
- **Texas Rising Star**, Law & Politics Media, Inc.; Key Professional Media, 2004

## SELECTED PRESENTATIONS & PUBLICATIONS

- AV Peer Review Rated by Martindale-Hubbell
- AAJ Mass Tort Seminar, "Current Emerging Topics in Mass Torts: Dupixent," July 24, 2026
- Harris Martin's MDL Conference, "Dupixent Litigation," May 27, 2026
- Mass Torts Made Perfect, "Dupixent Project Update," April 16, 2026
- Mass Torts Made Perfect Webinar, "Dupixent Litigation: Why now is the time to get involved," March 17, 2026
- AAJ 2026 Winter Convention, "Litigation at Sunrise: Dupixent," Feb. 22, 2026
- HarrisMartin's MDL Litigation Conference, 'Litigations to Watch for – Dupixent," Dec. 3, 2025
- Mass Torts Made Perfect, "Quick Hits: Oxbryta," Oct. 23, 2025
- Mass Torts Made Perfect, "Oxbryta Litigation," April 3, 2025
- HarrisMartin's MDL Conference, "Oxbryta: Beyond the Science," Jan. 29, 2025
- Trial Lawyers of Mass Torts, Speaker, "A Look Behind the Curtain at Trial," March 20, 2023
- Women En Mass, Speaker, "Navigating a Live Trial during a Global Pandemic is not for the Weary," Oct. 5, 2021
- Masters of Mass Tort, Faculty Member, Update on IVC Filter Litigation, Feb. 28, 2019
- American Association for Justice 2011 Annual Convention, Speaker, "The Public Disclosure Bar in a Nutshell," presented to Qui Tam Litigation Group, July 13, 2011
- American Association for Justice 2010 Annual Convention, Speaker, "The ABCs of IRS Whistleblower Fraud Cases," July 14, 2010
- Association of Trial Lawyers of America 2004 Winter Convention, Panelist, "Should You Just Sit There? Active Participation in the Defense Deposition," February 14, 2004
- Prop 65 News Conference & Seminars 2004, Panelist, "Discharge Cases: Proposition 65's Sleeping Giant?" March 29, 2004
- Faculty Member, National Institute for Trial Advocacy (NITA) Southern Deposition Program, May 2004
- Note, "Countervailing Environmental Subsidies: A Solution to the Environmental Inequities of the North American Free Trade Agreement," 29 Texas International Law Journal 1996

# Laura Baughman

## PROFESSIONAL ASSOCIATIONS

- American Association for Justice. Co-lead of Dupixent Litigation Group and Oxbryta Litigation Group
- Public Justice
- State Bars of Texas, New York, California & Missouri
- Attorneys Serving the Community, Dallas Bar Association



Lieff Cabraser Heimann & Bernstein
Attorneys at Law

**MARK P. CHALOS**
mchalos@lchb.com
t 615.313.9000

Lieff Cabraser Heimann & Bernstein, LLP
222 2nd Avenue South, Suite 1640
Nashville, TN 37201
www.lieffcabraser.com

Mark P. Chalos, the Managing Partner of Lieff Cabraser's Nashville, Tennessee office, leads mass tort litigations and class actions across the United States.

Mark has tried cases in federal and state court. Mark has also been appointed to leadership roles in numerous centralized litigations, including: Co-Lead MDL Counsel in *In re: Generac Solar Power Systems Marketing, Sales Practices and Products Liability Litigation* (faulty home generators), MDL 3078 (E.D. Wis); Co-Lead Interim Class Counsel, *Azar et al v. Nissan North America, Inc.* (fire prone EV batteries), Case No. 3:25-cv-01178 (M.D Tenn.); Co-Lead MDL Counsel in *In re Evenflo Co., Inc. Marketing, Sales Practices and Products Liability Litigation* (child booster seats), MDL 2938 (D. Mass); Co-Lead MDL Counsel and Co-Lead Trial Counsel in *In re Whirlpool Front Loading Washer Products Liability Litigation* (moldy washers), MDL 2001 (N.D. Ohio); Co-Lead Interim Class Counsel in *Miller v. Ford* (engine failures), Case No. 2:20-cv-01796 (E.D. Ca); Co-Lead Class Counsel in *Alger v. FCA US, LLC* (exploding headrests), Case No. 2:18-CV-00360 (E.D. Ca); Co-Lead Class Counsel in *Weidman v. Ford* (brake failures), Case No. 2:18-cv-12719 (E.D. MI); Co-Lead Counsel in *Braziel v. Michigan Department of Environment, Great Lakes, and Energy* (contamination of Benton Harbor's water system), Case No. 22-000046-MM (Michigan Court of Claims); *Plaintiffs Executive Committee in In re Bio-Lab Class Actions* (industrial fire and toxic release), No. 1:24-cv-04407-SEG (N.D. Ga.); Plaintiffs Executive Committee in *In re: East Palestine Train Derailment* (derailment and toxic release), Case No. 4:23-CV-0242 (N.D. Ohio); Plaintiffs Executive Committee in *Murphy v. Graco Children's Products* (child booster seats), Case No. 1:20-CV-03030-LMM (N.D. Ga.); Plaintiffs Steering Committee in *In re: Exactech Polyethylene Orthopedic Products Liability Litigation* (defective replacement hip/knee joints), MDL No. 3044 (E.D. NY); Plaintiffs Steering Committee, Federal/State Litigation Liaison in *In re New England Compounding Pharmacy, Inc. Products Liability Litigation* (contaminated epidural steroids causing fungal meningitis), MDL 2419 (D. Mass); Plaintiffs Steering Committee and Co-Chair Plaintiffs Expert Committee in *In re Navistar Diesel Engine Product Liability Litigation* (defective emissions systems), MDL No. 2223 (N.D. Ill); Plaintiffs Steering Committee in *In re Ford Switch Fire Litigation* (vehicle fires), Texas state MDL, Travis County, Texas, Cause No. D-1-GN-08-000901; and Chair of MDL Expert Committee in *In re General Motors Air Conditioning Marketing and Sales Practices Litigation*, MDL 2818 (E.D. MI). In addition to his leadership roles, Mark has also represented individual clients in many centralized litigations across the country, including in numerous pharmaceutical MDLs.

In the federal multi-district litigation against wrongdoers in the opioids industry, Mark represents counties, cities, Native American tribes, and health benefit providers seeking to make our communities safer and secure justice for those ravaged by the opioid epidemic. Mark recently

served on the trial team for the national opioids bellwether trial in San Francisco, which resulted in a favorable verdict for his client.

Mark is on the adjunct faculty of Vanderbilt Law School, teaching “The Practice of Aggregate Litigation.” Mark served as a Drafting Team Leader for “Guidelines and Best Practices For Large and Mass-Tort MDLs,” (2d Edition, 2018), Bolch Judicial Institute, Duke Law School, as well as for “Discovery Proportionality Guidelines and Practices,” 99 JUDICATURE, no. 3, Winter 2015, at 47–60, Duke Law Center for Judicial Studies. He has also served on the Select Committee on Class Actions within Emory University School of Law’s Institute for Complex Litigation and Mass Claims. Mark and his co-authors recently updated their acclaimed book, *Litigating International Torts in United States Courts* (Thomson Reuters West, 2022 ed.), a practical resource for legal practitioners and judges. Mark has also authored several articles published in peer-reviewed journals, including the national publications TRIAL Magazine and The Trial Lawyer.

Mark has served as President of the Tennessee Trial Lawyers Association. Mark has also served as Co-Chair of American Association for Justice Class Action Litigation Section, serves a Vice Chair of the American Association for Justice Abuse and Exploitation Section, and serves as a board member of the Tennessee Innocence Project, which seeks exoneration for those wrongfully convicted.

Mark is a frequent speaker at legal seminars nationwide on a variety of complex civil litigation topics. He has been cited by top-tier media outlets including *The New York Times*, *Wall Street Journal*, *Financial Times*, *The Washington Post*, NPR’s *Morning Edition*, *Associated Press*, *Forbes*, CNN, CBS *This Morning*, FoxNews, and MSNBC.

NAPOLI SHKOLNIK
ATTORNEYS AT LAW

# HUNTER J. SHKOLNIK



Partner

Email hunter@nsprlaw.com
Phone (787) 493-5088
Fax (646) 843-7607

**Admitted**

New York
New Jersey
Wisconsin
North Carolina
United States Supreme Court
United States District Court, Eastern District of New York
United States District Court, Southern District of New York
United States District Court, Western District of New York
United States District Court, Northern District of New York
United States District Court, District of New Jersey
United States District Court, Eastern District of Michigan
United States District Court, Eastern District of Missouri
Sixth Circuit Court of Appeals
Ninth Circuit Court of Appeals

**Education**

Yeshiva University Benjamin N. Cardozo School of Law, J.D. 1985
University of Massachusetts, B.A., cum laude 1982

---

Hunter J. Shkolnik leads the discovery and trial teams of various mass tort litigations, including environmental, pharmaceutical, and medical device litigations for Napoli Shkolnik.

He is also active in managing national litigation and plaintiff litigation groups, including for the American Association for Justice, where he speaks on topics including Recusals, Motions to Disqualify, Mandamus, Impeachment and Related Professionalism Issues.

He has most recently served on settlement committees in the Johnson & Johnson Talc/ Red River Bankruptcy Torts Creditors Committee; National Opioid Litigation; New York State Opioid Litigation; Kidde AFFF Bankruptcy Unsecured Creditors Committee alongside MDL Lead Counsel; and the Flint Water Litigation.

Mr. Shkolnik is currently serving as a chairman, leader, or court-appointed representative on Plaintiff Steering Committees in various drug and other mass torts. Additionally, he has also held officer positions in the New York State Trial Lawyers Association, Nassau County Bar Association, and Committee Chair positions in ATLA Health Care Finance Litigation Group, Orthopedic Implant Litigation Group, AAJ Breast Cancer Litigation Group, Co-Chair AAJ Heart Device Litigation Group, and the Chair of the Medtronic ICD and CRTD Litigation Subgroup.

Hunter is a founding board member of the Trial Lawyers of Puerto Rico (TLPR), a trade association bringing together top trial lawyers to share expertise, build partnerships, and to add value to the local Puerto Rico community.

Mr. Shkolnik has also lectured and organized seminars on issues involving Guidant, Medtronic, and St. Jude pacemakers; ICD and lead wire recall science and litigation; cardiac device product liability litigation; class action topics such as Ethics of Mass Tort Settlements, Lone Pine, State Federal Coordination and Preemption; and has, on

multiple occasions, lectured on the science related to various pharmaceuticals. He has spoken at the Texas Tech MDL Judicial Summit and returned as a featured speaker at the annual Mass Torts Puerto Rico (MTPR) Conference.

He is a legal and political news analyst with extensive experience in areas such as civil and criminal law as well as election-related issues.

---

## Judicial Appointments

- Co-Chair of the Torts Creditors Committee in the Red River Talc LLC (Johnson & Johnson Talc) Bankruptcy (Case No. 24-90505 (CML) (SDTX 2024)
- Plaintiffs' Executive Committee for Direct Action Plaintiffs, In Re: MultiPlan Health Insurance Provider Litigation, MDL 3121 by United States District Court Judge Matthew Kennelly for the Northern District of Illinois (2024)
- Plaintiffs' Executive Committee, Ya Mon Expeditions, LLC, et al v. Allied Marine, Inc., 24-20805 (S.D. Florida 2024)
- Plaintiffs' Executive Committee in the Self-Funded Payer Track Insulin Pricing Litigation Case No. 2:23-md-03080 (BRM) (RLS) MDL No. 3080 currently in the N.J. courts under the jurisdiction of Judge Brian R. Martinotti and Judge Rukhsana I. Singh
- Co-Chair of the Unsecured Creditors Committee in the Kidde-Fenwal Bankruptcy (Case No. 23-10638 (LSS))
- Plaintiffs' Executive Committee in *In Re: National Prescription Opiate Litigation*, MDL 2804 by United States District Court Judge Dan Aaron Polster of the Northern District of Ohio
- Co-Liaison Counsel in the *Flint Water Crisis Litigation* by United States District Judge Judith E. Levy of the U.S. District Court for the Eastern District of Michigan
- Plaintiffs' Executive Committee in *In Re: Invokana (Canagliflozin) Products Liability Litigation*, MDL 2750
- Plaintiffs' Executive Committee in the *Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*, MDL 2738 (Honorable Freda L. Wolfson)
- Plaintiffs' Steering Committee in *In Re: Taxotere (Docetaxel) Products Liability Litigation*, MDL 274 (Honorable Kurt D. Engelhardt)
- Plaintiffs' Steering Committee in *In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation*, MDL 2151 (Honorable James V. Selna)
- Actos Product Liability Steering Committee, American Association of Justice's Actos Litigation Group
- Plaintiffs' Steering Committee in *In Re: Medtronic Inc.*, MDL 1726 (Honorable James M. Rosenbaum) (retired)
- Co-Lead Counsel in *In Re: Fleet Oral Sodium Phosphate Solutions Litigation*, MDL 2066 (NDOH) (Honorable Dan A. Polster)
- Plaintiffs' Steering Committee & National Settlement Counsel in *In Re: Nuvaring Products Liability Litigation*, MDL 1964 (MOED) (Honorable Rodney W. Sippel)
- Co-Liaison Counsel & Member of the Plaintiffs' Steering Committee, *New Jersey Nuvaring Products Liability Consolidated Mass Tort Litigation* (Honorable Brian R. Martinotti)
- Plaintiffs' Steering Committee in *In Re: Medtronic, Inc., Sprint Fidelis Leads Product Liability Litigation*, MDL 1905 (Dist. Minn.); (Honorable Richard H. Kyle)
- Plaintiffs' Steering Committee in *In Re: Medtronic Inc.*, MDL 1729 (Honorable James M. Rosenbaum) (retired)
- Plaintiffs' Steering Committee, *New Jersey Metoclopramide (Reglan) Product Liability Consolidated Mass Tort Litigation* (Honorable Carol Higbee)
- Plaintiffs' Steering Committee Member- Co-Lead Trial Team, Strategic Planning, Expert and Discovery Subcommittee, *In Re: Guidant Corp. Implantable Defibrillators Products Liability Litigation*, MDL 1708 (Honorable Donovan Frank)
- Plaintiffs' Steering Committee, *New York State Consolidated Bextra/ Celebrex Litigation*
- Plaintiffs' Steering Committee and Lead Counsel; Trial, Expert, Discovery Sub Committees and Co-Lead Trial Team*, In Re: New York Sulzer Inter Op Hip and Knee Implant Litigation* (Justice Helen Freedman) (retired)
- State Federal Liaison Counsel*, In Re: Bausch & Lomb, Inc., Contact Lens Solution Product Liability Litigation*, MDL 1785 (Honorable David C. Norton)

- Plaintiffs' Steering Committee & Lead trial attorney for the first scheduled bellwether trials; State Federal Liaison Counsel, *In Re: New York Consolidated Bausch & Lomb Contact Lens Solution Litigation* (Justice Helen Freedman) (retired)
- Discovery Co-Chair, *New Jersey Levaquin Mass Tort Litigation*
- Plaintiffs' Steering Committee in *In Re: PepsiCo. Inc., Bottled Water Marketing and Sales Practices Litigation*, MDL 1903 (Honorable Cathy Seibel)
- Liaison Counsel, *In Re: Zimmer NexGen Knee Implant Products Liability Litigation*, MDL 2272 (N.D.Ill) (Honorable Rebecca R. Pallmeyer)
- Plaintiffs' Steering Committee, *In Re: DePuy Orthopaedics. lnc., Pinnacle Hip Implant Products Liability Litigation*, MDL 2244 (Honorable James Edgar Kinkeade)
- Plaintiffs' Liaison Committee for Personal Injury and Wrongful Death, *In Re: Pom Wonderful Sales and Marketing Practices Litigation*, MDL 2199 (Honorable Dean D. Pregerson)
- Co-Lead Counsel, *In Re: Kaba Simplex Push Button Lock Sales and Marketing Litigation*, MDL 2220; (EDOH); (Honorable Donald C. Nugent)
- Co-Lead and Co-Liaison Counsel in the *In Re: Eliquis (Apixaban) Product Liability Litigation*, Honorable Judge Denise L. Cote for the Southern District of New York
- National Settlement Counsel in the *In Re: Pradaxa (Dabigatran Etexilate) Products Liability Litigation*, MDL 2385, United States District Judge David R. Herndon for the Southern District of Illinois
- Co-Lead Class Counsel in the *In Re: Daily Fantasy Sports Marketing And Sales Practices Litigation*, MDL 2677 (George A. O'Toole, Jr.)
- Plaintiffs' Steering Committee and Lead Counsel, *In Re: New York Diet Drug/Fen Phen Litigation*; (Justice Helen Freedman) (retired)
- Co-Lead Counsel, *In Re: Bayer Healthcare LLC and Merial Limited Flea Control Marketing and Sales Practices Litigation*, MDL 2319 (Nd. Ill) (Honorable Dan A. Polster)
- Co-Lead Counsel, *In Re: Incretin Mimetics Product Liability Litigation*, MDL 1331 (Honorable Maurice M. Paul)
- Lead Class Counsel, *Hernandez-Ortiz, et al. v. 2 Gold, L.L.C., et al., Supreme Court of the State of New York*, Index No. 158155/2012; (Honorable Ellen M. Coin)
- Lead Class Counsel, *Roberts, et al. v. Ocean Prime, LLC, et al., Supreme Court of the State of New York*, Index. No. 150612/2013; (Honorable Manuel J. Mendez)
- Plaintiffs' Steering Committee, *In Re: American Medical Systems, Inc., Pelvic Repair Systems Products Liability Litigation*, MDL 2325 Judge Joseph Goodwin for the Southern District of West Virginia
- Lead Class Counsel, *Sterling, et al. v. Stratfor Enterprises, LLC, et al.*, Eastern District of New York 2:12-cv-00297 (Honorable Judge Denis R. Hurley)

## Professional Affiliations

- American Association for Justice (AAJ), PFC Water Contamination Group, Co-Chair
- American Association for Justice (AAJ), The Actos Bladder Cancer Litigation Group, Co-Chair
- American Association for Justice (AAJ), Past Vice-Chairman, Healthcare Finance Litigation Group
- American Association for Justice (AAJ) Health Orthopedic Implant Litigation Group, Past Vice-Chairman, Science Committee Director
- American Association for Justice (AAJ), Past Chairman, Health Breast Cancer Litigation Group
- American Association for Justice (AAJ), Co-Chair, Health Heart Device Litigation Group
- Law360's 2020 Editorial Advisory Boards: Trials
- Law360's 2021 Product Liability Advisory Board
- Long Island Affiliate of the NYSTLA, Past President
- Nassau County Bar Association, Past Vice-Chairman, Medical Legal Committee
- New York State Trial Lawyers (NYSTLA), Board of Directors; Past Secretary, Assistant Treasurer and Treasurer

- Suffolk County Bar Association
- Trial Lawyers of Puerto Rico (Founding Board Member)

## Publications

- What the MultiPlan MDL Tells Us About Rebrands During Litigation, JD Supra (July 25, 2025)
- Pricing Algorithms Help Insurers and Harm Patients, JD Supra (July 3, 2024)
- Lawyer Limelight: Hunter Shkolnik, Lawdragon (May 17, 2021)
- Elmiron Litigation: Emerging Torts, Mass Tort News (May 27, 2020)
- Law Firm of the Month: Napoli Shkolnik PLLC, Attorney at Law Magazine (October 31, 2019)
- Sikkelee: A Victory for Plaintiffs and its Implications for Aviation Product Liability Claims, American Association for Justice Aviation Law Newsletter, Winter 2017
- Danger in the Ring by Marie Brenner, Vanity Fair, January 2014
- Divided They Fall: Concepcion's Effect on Consumer and Employee Claims (Co-Author: Richard J. Arsenault, Esq.), NYSTLA, Vol. 1, 2012
- Anti-clotting Drug Pradaxa Linked to More than 500 Deaths, AVVO Legal Guide, February 8, 2013

## Speaking Engagements

Complete List

- Mass Torts Made Perfect 2026
  - Panelist, Mass Torts Track: The Latest on Talc Litigation October 14, 2026)
  - Panelist, Mass Torts Track: MultPlan MDL: Inside the Antitrust Litigation & Health Insurance Industry Price Fixing (October 15, 2026)
- Panelist, The Regulatory & Political Landscape, HarrisMartin's Environmental Litigation Conference: Fire, Water, Earth & Air (September 17, 2026)
- Panelist, Tackling Torts in 2026: What's Shaping the Market & Where Is It Moving?, LF Dealmakers 9th Annual Forum (September 15, 2026)
- Inside the Business of Law: Leading Through Change, The Logic Exchange (May 18, 2026)
- Mass Torts Puerto Rico Conference 2026
  - Moderator, The Future of Mass Tort Litigation (May 7, 2026)
  - Speaker, Practicing in Paradise: How and Why to Move to Puerto Rico (May 7, 2026)
  - Speaker, Mass Tort Resolution Strategies (May 6, 2026)
- Moderator, Litigation Finance and the Complicated Ethical Implications (May 6, 2026)
- Speaker, Mass & Class, Epiq Mass & Class Conference (April 29, 2026)
- PFAS Litigation and Regulatory Developments Conference, Perrin Virtual Conferences (March 17, 2026)
- Host, When Risk Isn't Explained, On the Docket (March 2026)
- Host, The Hidden Memo: How Corporate Secrets Come To Light, On the Docket (February 2026)
- Host, Justice on the Rails: The Fight for Railroad Workers, On the Docket (January 2026)
- Mass Torts Puerto Rico Conference 2025
  - Practicing in Paradise: How and Why to Move to Puerto Rico (May 7, 2025)
  - The "New" Daubert Fight (May 7, 2025)
  - Common Benefit and the Free Rider (May 6, 2025)
  - Bankruptcy…The New Exit Strategy and Dealing with the "Tail" (May 6, 2025)
- PFAS Litigation and Regulatory Developments Conference, Perrin Virtual Conferences (February 6, 2025)
- Ethical Considerations & Controversies: Chase Justice Not Just Returns, LF Dealmakers Mass Torts Edition (September 17, 2024)
- Mass Torts Puerto Rico Conference 2024

  - Trial Lawyers of Puerto Rico; Local Life and the Associated Business and Networking Opportunities (May 2, 2024)
  - Nuts and Bolts: Preemption, Daubert, Multi-Plaintiff Trials, Witnesses via Satellite Transmission, Jurisdictional Issues and Bellwether Trials (May 2, 2024)
  - Mass Tort Status Part 2: Evaluating the litigation landscape…Knowing when to hold, fold or double down (May 1, 2024)
- Celebrating Justice, Trial Lawyers Journal Podcast (April 8, 2024)
- Study Links Camp Lejeune Toxic Water to New Cancers, Mass Tort News LegalCast (February 2, 2024)

---

## Awards and Honors

- American Association for Justice – Leaders Forum
- Best Law Firms in New York, U.S. News & World Report
- The Best Lawyers in America©
- The Best Lawyers in America: Mass Tort Litigation / Class Actions – Plaintiffs
- The Best Lawyers in America: Product Liability Litigation – Plaintiffs
- El Toro Award, Trial Lawyers of Puerto Rico
- The Lawdragon 500 Leading Plaintiff Consumer Lawyers, 2023 – 2026
- The Lawdragon's 500 Global Plaintiff Lawyers, 2026
- Litigation Counsel of America, Fellow Marquis Who's Who®, 2018
- The National Trial Lawyers, Aviation Trial Lawyers – Top 10
- New York Metro Super Lawyers®: 2006 – 2026

---

## Media Experiences

Complete List

- Settlement of Camp Lejeune case shows dilemma facing many victims, Roll Call (September 22, 2026)
- NY Village Can Pursue PFAS Claims Against Local Cos., Law360 (September 14, 2026)
- Bayer's Monsanto unit urges Missouri judge to approve $7.25 billion Roundup settlement, Reuters (September 14, 2026)
- Law360's Legal Lions of The Week, Law360 (July 31, 2026)
- End In Sight For Ovarian Cancer Patients With $5.5B+ J&J Deal, Law360 (July 31, 2026)
- City of Leominster sues fire truck manufacturers over price-fixing scheme, Sentinel Enterprise (June 12, 2026)
- Nexgrill Sued Over Wire Brush Defect, 'Inadequate' Recall, Law360 (June 9, 2026)
- Spirit Airlines chaos could be big loss for budget travelers as they fight for answers, Fox News (May 4, 2026)
- Who's responsible for LaGuardia runway crash? NY attorney weighs in, Fox5NY (March 27, 2026)
- Aviation expert praises pilots after LaGuardia crash, LiveNow Fox (March 24, 2026)
- What It Means to Be a 'Junior Partner' at a Major Plaintiffs Firm, Law.com (February 23, 2026)
- RFK Jr. is bringing the GOP and the trial bar together, Politico (January 19, 2026)
- Federal Judge Threatens to Disqualify Doe Run Defense Counsel Over 'Repeated Disregard of My Orders', Law.com (November 3, 2025)
- Federal judge says Rockdale County can't recoup emergency costs from BioLab fire, Georgia Public Radio (gpb) (September 5, 2025)
- Second Circuit Clears Path for Gun Violence Victims and New York Communities to Pursue Civil Accountability, reports Napoli Shkolnik (July 10, 2025)
- US judge rules health insurers, MultiPlan must face price-fixing lawsuits, Reuters (June 3, 2025)

**FREDERICK S. LONGER**
Levin Sedran & Berman LLP

FREDERICK S. LONGER, a member of the firm, specializes in representing individuals who have been harmed by dangerous drugs, medical devices, other defective products and antitrust violations. Mr. Longer has extensive experience in prosecuting individual, complex and class action litigations in both state and federal courts across the country. Mr. Longer has been involved in the resolution of several of the largest settlements involving personal injuries including the $6.75 billion settlement involving Diet Drugs and the $4.85 billion settlement involving Vioxx. Mr. Longer was a member of the negotiating counsel responsible for the settlements in the *Chinese Drywall* litigation involving various suppliers and manufacturers of Chinese Drywall valued in excess of $1 billion.

## NATIONAL LEADERSHIP POSITIONS

Mr. Longer has a wealth of experience in mass torts and has frequently been the chairman or member of the Law and Briefing Committee in numerous multi-district litigations:

- *In re Zantac Products Liability Litigation*, MDL No. 2924 (S.D. Fla.);
- *In re Aqueous Film-Forming Foams Prod. Liab. Litigation*, MDL No. 2873 (D.S.C.);
- *In re Xarelto Products Liability Litigation*, MDL No. 2592 (E.D. La.);
- *In re: Propulsid Products Liability Litigation*, MDL No. 1355 (E.D. La.);
- *In re: Rezulin Products Liability Litigation*, MDL No. 1348 (S.D.N.Y.);
- *In re: Vioxx Products Liability Litigation*, MDL 1657 (E.D. La.);
- *In re: Orthopedic Bone Screw Products Liability Litigation*, MDL 1014 (E.D. Pa.); and
- *In re: Diet Drug Litigation*, MDL 1203 (E.D. Pa.).

He is a court-appointed member of the Plaintiffs' Steering Committee in *In re: Mirena Products Liability Litigation*, MDL 2434 (S.D.N.Y.); *In re: Xarelto Products Liability Litigation*, MDL No. 2592 (E.D. La.); and *In re Zantac Products Liability Litigation*, MDL No. 2924 (S.D. Fla.). Mr. Longer also assisted Co-Lead Counsel and Subclass Counsel with negotiating the class settlement in *In re: National Football League Players' Concussion Litigation*, MDL No. 2323 (E.D. Pa.).

Mr. Longer has substantial trial experience and is one of the few lawyers in the country to have tried to verdict a client's claim involving Baycol in Philadelphia County Court of Common Pleas.

## EDUCATION AND EXPERIENCE

Mr. Longer, originally from Philadelphia, Pennsylvania, completed his undergraduate work at Carnegie Mellon University. He then attended the University Pittsburgh School of Law and was a Notes and Comments Editor for the University of Pittsburgh Law Review. Mr. Longer practiced for 3 years in Allegheny County with the law firm of Berger, Kapetan, Malakoff & Myers on complex litigation and civil rights matters, including *Kelly v. County of Allegheny*, No. 6D 84-17962 (Pa. Ct. Com. Pl., Allegheny Cty.). Thereafter, Mr. Longer joined the firm and is now a member in the firm.

Mr. Longer is a frequent lecturer and has presented numerous seminars on various legal topics for professional groups. Some of Mr. Longer's speaking engagements include: *COVID-19 Business Interruption Litigation - MDL and Outside Influences, Harris Martin (May 14, 2020)*; *Impact of Ascertainability Consideration son Rule 23(b)(3), American Association for Justice (December 6, 2018)*; *Plaintiff Only Consumer Warranty Class Action Litigation Seminar*, American Association for Justice Education and the National Association of Consumer Advocate (June 3-4, 2014); *"No Injury" and "Overbroad" Class Actions After Comcast, Glazer and Butler: Implications for Certification-Navigating Complex Issues of Overbreadth and Damages in Consumer Product Cases*, Strafford Webinar (April 1, 2014); *Service of Process in China*, ABA Annual Conference (April 18-20, 2012); Chinese Drywall Litigation Conference, Harris Martin (October 20-21, 2011); *Current Issues in Multi-district Litigation Practice*, Harris Martin (September 26, 2011); *FDA Preemption: Is this the end?*, Mass Torts Made Perfect (May 2008). He has authored several articles including, *The Federal Judiciary's Super Magnet,* TRIAL (July 2009). He also contributed to Herbert J. Stern & Stephen A. Saltzburg, TRYING CASES TO WIN: ANATOMY OF A TRIAL (Aspen 1999).

Mr. Longer is a member of the American Bar Association, American Association for Justice, Pennsylvania and Philadelphia Association for Justice, the Pennsylvania Bar Association and the Philadelphia Bar Association. He is an active member of the Historical Society for the Eastern District of Pennsylvania.

**BAR ADMISSIONS**

Mr. Longer is admitted to practice before the Supreme Court of Pennsylvania and the Supreme Court of New Jersey, the United States Supreme Court; the United States Courts of Appeals for the Second, Third, Fourth, Fifth, Seventh and Ninth Circuits, and the United States District Courts for the Western and Eastern Districts of Pennsylvania, United States District Court Northern District of New York; United States District Court for the Western District of New York; United States District Court of New Jersey; United States District Court for District of Arizona; and the United States District Court District of Nebraska.

**PROFESSIONAL MEMBERSHIPS & RECOGNITION**

Mr. Longer is a member of the American Bar Association, American Association for Justice, Pennsylvania and Philadelphia Association for Justice, the Pennsylvania Bar Association and the Philadelphia Bar Association. He is an active member of the Historical Society for the Eastern District of Pennsylvania.

Mr. Longer has received Martindale-Hubbell's highest rating (AV) as a pre-eminent lawyer for his legal ability and ethical standards. He has also been recognized by his peers as a Super Lawyer since 2008.

Morris James LLP




# KEITH E. DONOVAN

**MANAGING PARTNER**

Wilmington, Dover

T 302.888.6808
F 302.678.9063
kdonovan@morrisjames.com


**KEITH E. DONOVAN IS A SEASONED ADVOCATE FOR HIS CLIENTS.**

Keith is a trial lawyer. In an era when most civil cases resolve without a jury verdict, Keith has tried more than 45 civil cases to verdict in courts across all three counties in Delaware. For more than 30 years, he has represented people who have suffered catastrophic, life-altering injuries and the families of those who did not survive. His practice includes catastrophic personal injury, wrongful death, product liability, mass torts, medical malpractice, premises liability, motor vehicle, and maritime injury claims.

Keith's accomplishments have been recognized by peers and clients throughout the legal industry. Since 2009, he has earned national recognition from Best Lawyers every year, including Lawyer of the Year in 2020, and has been honored as a Delaware Today Top Lawyer for the last 13 years in a row for his personal injury practice.

Keith is a Past President of the Delaware Trial Lawyers Association and is a Past President of the American Board of Trial Advocates (ABOTA), an invitation-only organization whose membership requires substantial civil jury trial experience and emphasizes integrity and professionalism in legal practice. He currently serves as Treasurer of the Delaware chapter of ABOTA.

Courtroom experience shapes the way Keith approaches every case. He knows what evidence will matter if a case reaches trial, how experts and witnesses are likely to hold up under examination, where the defense is likely to attack, and when a proposed resolution adequately reflects the risk and harm involved. Trial discipline shaped his path into mass tort and complex product litigation. Keith's mass tort practice grew out of decades spent trying serious injury cases. He brings the same focus on evidence, causation, damages, and trial readiness to large-scale litigation involving hundreds of injured people.

Today, Keith co-chairs Morris James's mass tort practice, representing people nationwide in litigation involving toxic exposures, pharmaceuticals, medical devices, and other allegedly defective products. Even when cases are coordinated nationally, Keith approaches them as a trial lawyer: what can be proven, how the science will withstand challenge, how individual injuries should be evaluated, and what strategies will hold up in court. National litigation also requires coordination well beyond the courtroom. These cases often involve multiple firms, lawyers, experts, and jurisdictions. Keith regularly works with co-

**SERVICES**

- Catastrophic Accidents & Serious Injuries
- Wrongful Death
- Dupixent Lawsuits
- Depo-Provera Lawsuits
- Ozempic & GLP-1 Vision Loss Lawsuits
- Olympus Scope Infections
- Ultra Processed Foods Lawsuits
- Mass Torts Litigation
- Personal Injury
- Product Liability
- Construction Accidents
- Car Accidents
- Truck Accidents
- Motorcycle Accidents
- Aviation Accidents
- Boating & Jet Ski Accidents
- Rideshare Accidents
- Dog Bites / Attacks
- Negligent Security
- Forklift & Aerial Lift Accidents
- Structure Collapse
- Roof & Elevated Surface Falls
- Scaffold Collapse Accidents

counsel across the country to develop litigation strategies and prepare cases for trial.

Keith began his career representing insurance companies and their insureds. This experience still informs his approach to liability analysis, claims evaluation, anticipating defense strategy, and preparing cases for negotiation or trial. Since 2002, he has represented injured people and their families exclusively. Clients often meet Keith during one of the most difficult periods of their lives. His approach is direct and steady: understand what happened, determine what can be proven, explain the options, and prepare the case in a way that exceeds the client's expectations.

Keith has served as Managing Partner of Morris James since 2018 and chairs its Executive Committee. As Managing Partner, he develops sound business strategies and policies for the firm, oversees firm operations with strict focus on ensuring superior client service, and leads firm operations.

## REPRESENTATIVE MATTERS

### Selected Recoveries & Trial Experience

- **Confidential Eight-Figure Resolution:** Recovered an eight-figure settlement on behalf of a nationwide claimant group in a complex medical-device product liability action.
- **Multiple Confidential Seven-Figure Settlements:** Secured multimillion-dollar recoveries for individuals and families in catastrophic injury claims.
- **Maritime & Boating Recoveries:** Negotiated multiple six-figure settlements involving boating accidents and maritime law claims.
- **45+ Civil Trials to Verdict:** Tried more than 45 civil cases to verdict over the course of his career.
- **30+ Years of Litigation Experience:** Litigated and resolved thousands of personal injury, wrongful death, product liability and insurance-related claims over more than three decades.

### Current National Mass Tort & Complex Product Liability Litigation

- **Dupixent Litigation:** Represents individuals diagnosed with cutaneous T-cell lymphoma following treatment with Dupixent in litigation now centralized in federal court.
- **Depo-Provera Litigation:** Represents women nationwide who allege they developed intracranial meningiomas after using Depo-Provera, including plaintiffs in the federal multidistrict litigation.
- **Camp Lejeune Water Contamination Litigation:** Represents numerous military veterans and surviving family members nationwide seeking recovery for toxic water exposure and subsequent catastrophic illnesses under the CLJA.
- **Ozempic & GLP-1 Vision Loss:** Represents individuals who suffered vision loss as a result of GLP-1 medications.
- **Olympus Scopes:** Represents individuals who suffered significant infection as a result of procedures utilizing Olympus Scopes.

Electrocution Injuries

Major Fire Accidents

Train Accidents

Premises Liability

Drowning Accidents

Work Injury

Camp Lejeune

Fibercel

## ADMISSIONS

Delaware, 1991

U.S. District Court for the District of Delaware

U.S. Court of Appeals, Third Circuit

## EDUCATION

Widener University Delaware Law School, JD, *cum laude*, 1991

University of Delaware, BS, 1988

## PROFESSIONAL AFFILIATIONS

Delaware Trial Lawyers Association

- 2011, President
- 2008 – 2013, Board Member

American Board of Trial Advocates (ABOTA), Delaware Chapter

- 2011 – Present, Treasurer
- 2010, President
- 2005 – Present

Delaware Board of Bar Examiners, Past Board Member

Kent County Civil Liaison for the Superior Court, tenure ended in 2018

Delaware State Bar Association, Member

American Bar Association, Member

American Association for Justice, Member

- **Aziyo Biologics Bone Graft Litigation:** Represented individuals who developed tuberculosis infections following implantation of recalled viable bone matrix products.

## HONORS

- Best Lawyers®, 2009 - Present
  - Mass Tort Litigation / Class Actions - Plaintiffs
  - Mediation
  - Personal Injury Litigation - Plaintiffs
  - Product Liability Litigation - Plaintiffs
  - Workers' Compensation Law - Claimants
  - 2020, Lawyer of the Year
- Delaware Today Top Lawyers
  - 2014 - Present, Alternative Dispute Resolution
  - 2010, 2014 - 2016, Tort Law
- America's Top 100 Attorneys Lifetime Achievement, 2016
- Corporate INTL Magazine, Attorney of the Year in Delaware, 2014
- American Registry, Best Delaware Attorneys, 2013
- Delaware Volunteer Legal Services Pro Bono Honor Roll, 2009

# SARA J. WATKINS, ESQ.

Pittsburgh, PA 15201 ◆ (412) 420-9719 ◆ swatkins@peircelaw.com

Since graduating from Thomas R. Kline School of Law of Duquesne University in 2018, Ms. Watkins has practiced with Robert Peirce & Associates, P.C., specializing in class actions, mass torts, consumer protection, civil rights, nursing home abuse, and personal injury cases. Ms. Watkins' professional achievements were recognized by her firm in late 2025 when she was promoted to principal attorney. She and her law partner, D. Aaron Rihn, manage their firm's class action and mass torts department. Sara Watkins has devoted her legal career to complex litigation. Recognized early in her career, she has received formal appointments in three product liability multidistrict litigation ("MDL") cases by the age of 32. In 2022, Ms. Watkins was appointed by the Honorable Joy Flowers Conti of the Western District of Pennsylvania to the Leadership & Development committee in MDL 3021, *In Re: SoClean, Inc., Marketing, Sales Practices & Products Liability*, a consumer action against the makers of a device marketed to clean CPAP and Bi-PAP machines. Through this experience, Ms. Watkins gained valuable knowledge of the mechanics of a MDL, including learning how to draft MDL pleadings, coordinate discovery, and collaborate with national co-counsel.

Ms. Watkins' Leadership & Development appointment led to Ms. Watkins' subsequent appointment to the Plaintiffs' Steering Committee in MDL 3092, *In Re: Suboxone (Buprenorphine/Naloxone) Film Marketing, Sales Practices, and Products Liability Litigation,* by the Honorable J. Philip Calabrese of the Northern District of Ohio. Ms. Watkins, along with her peers in Plaintiffs' Leadership, are responsible for litigating a consolidated docket of tens of thousands of individuals who were injured after using Suboxone film.Most recently, on March 16, 2025, Ms. Watkins was appointed to the Class Action Committee in MDL 3140, *In Re: Depo-Provera (Depot Medroxyprogesterone Acetate) Products Liability Litigation,* by the Honorable M. Casey Rodgers of the Northern District of Florida. Ms. Watkins and the Class Action Committee are responsible for litigating a medical monitoring class action on behalf of women who used the injectable birth control Depo-Provera, who have a higher risk of developing a meningioma from the contraceptive and thus require additional medical treatment to monitor the potential development of the brain tumor. Beyond her MDL involvement, Ms. Watkins has litigated numerous successful class actions, including wage and hour violations (*Allen v. Waste Pro*, (Civil Action No.: 8:17-cv-02254-T-36CPT) (M.D.Fla.)); civil rights strip search cases (*McDonald v. Franklin County, Ohio*, (Civil Action No. 2:13-cv-00503-MHW-CMW) (S.D. Ohio)); consumer protection violations (*Metague v. Woodbolt Distribution*, *LLC d/b/a Nutrabolt*, (Civil Action No. 8:20-cv-02186-PX) (D. Md.)) and (*Erby v. Allstate Insurance Co*., (Civil Action No. 2:18-04944-PBT) (E.D. Pa.)).

**BAR ADMISSIONS**

Supreme Court of Pennsylvania, 2018
U.S. District Court Western District of Pennsylvania, 2019
U.S. District Court Middle District of Pennsylvania, 2021
U.S. District Court Eastern District of Pennsylvania, 2021
U.S. Court of Appeals 3rd Circuit, 2023
U.S. Court of Federal Claims, 2021

## EMPLOYMENT HISTORY

**Robert Peirce & Associates, P.C.,** Pittsburgh, PA
*Principal Attorney* *December 2025-Present*
*Associate Attorney* November 2018- December 2025

## EDUCATION

**Duquesne University School of Law** Pittsburgh, PA
*Juris Doctor* May 2018

*Publication:* *State Anti-BDS Laws Counteracting the BDS Movement… And the Constitution,* 56 DUQ. L. REV. 199 (2018).
*Activities*: Duquesne Law Review, *Senior Staff Editor*
Trial Advocacy (Mock Trial) Program
Jewish Law Student Association, *President*

**Washington & Jefferson College,** Washington, PA
*Bachelor of Arts in Political Science & Studio Art* May 2015

## MULTIDISTRICT LITIGATION LEADERSHIP APPOINTMENTS

- MDL 1507, *In re: Prempro,* Civil Action No. 4:03-CV-1507-WRW (E.D. Ark.) (D. Aaron Rihn appointed to Plaintiffs' Steering Committee).
- MDL 3014, *In re: Philips Recalled CPAP, Bi-Level Pap, and Mechanical Ventilator Products Litigation,* Civil Action No. 2:23-mc-01230-JFC (W.D. Pa.) (D. Aaron Rihn appointed as Co-Liaison Counsel).
- MDL 3021, *In re: SoClean, Inc., Marketing, Sales Practices and Products Liability Litigation,* Civil Action No. 2:22-mc-00152-JFC (W.D. Pa.) (Sara J. Watkins appointed to the Leadership & Development Committee).
- *In re: East Palestine Train Derailment Consolidated Class Action Litigation*, Civil Action No. 4:23-cv-00242 (N.D. Ohio) (D. Aaron Rihn appointed to Plaintiffs' Steering Committee).
- MDL 3092, *In Re: Suboxone (Buprenorphine/Naloxone) Film Marketing, Sales Practices, and Products Liability Litigation* (N.D. Ohio) (Sara J. Watkins appointed to the Plaintiffs' Steering Committee).
- MDL 3140, *In Re: Depo-Provera (Depot Medroxyprogesterone Acetate) Products Liability Litigation* (N.D. Fla.) Sara J. Watkins appointed to the Class Action Committee; D. Aaron Rihn appointed as Pennsylvania Liaison Counsel).

**NOTABLE CLASS AND COLLECTIVE ACTIONS**

- *Delandro v. Allegheny County*, Civil Action No. 2:06-CV-927 (W.D. Pa.).
- *Bland v. Calfrac*, Civil Action No. 2:12-cv-1407 (W.D. Pa.).
- *Decker v. U.S. Wells Services*, Civil Action No. 2:16-cv-00755 (W.D. Pa.).
- *Vigil v. KLX Energy*, Civil Action No. 2:15-cv-01200 (W.D. Pa.).
- *Meyer v. CUNA*, Civil Action No. 2:03-cv-602 (W.D. Pa.).
- *In re: Philips Recalled CPAP, Bi-Level Pap, and Mechanical Ventilator Products Litigation,* Civil Action No. 2:23-mc-01230-JFC (W.D. Pa.) (Medical monitoring and economic loss class actions).
- *McDonald v. Franklin County, Ohio*, Civil Action No. 2:13-cv-00503-MHW-CMW (S.D. Ohio)
- *Morel Then v. Great Arrow Builders, LLC*, Civil Action No.: 2:20-cv-800-CCW (W.D. Pa).
- *Metague v. Woodbolt Distribution*, LLD d/b/a Nutrabolt, Civil Action No. 8:20-cv-02186-PX (D. Md.).
- *Tristani v. Richmond*, Civil Action No. 2:06-cv-006940 (W.D. Pa.)
- *Erby v. All State Fire and Casualty Ins. Co.,* Civil Action No. 2:18-cv-04944-PBT (E.D. Pa.),

**PROFESSIONAL AFFILIATIONS**

Allegheny County Bar Association, Member of Judiciary Committee
American Association for Justice ("AAJ")
Western Pennsylvania Trial Lawyers Association, Board of Governors
Pennsylvania Association for Justice ("PAJ")
National Trial Lawyers, Top 40 Under 40
Super Lawyers, Rising Stars 2025-Present

**WENDY R. FLEISHMAN, ESQ.**
**CLANCY FLEISHMAN, LLP**
**40 Wall Street, Suite 2506**
**New York, New York 10005**

Wendy R. Fleishman represents individuals, survivors of sexual abuse, consumers, small businesses, and employees in complex litigation nationwide. She currently serves as court-appointed lead counsel in numerous mass tort matters in both state and federal courts across the country. Ms. Fleishman has successfully litigated cases against some of the largest corporations in the world.

Ms. Fleishman began her legal career as a prosecutor in the Philadelphia District Attorney's Office, where she tried hundreds of criminal cases to verdict, including cases involving sexual assault, white collar criminal cases and murders.

Her advocacy has earned national recognition. Ms. Fleishman was named to the 2026 LawDragon 500 Leading Litigators in America, a prestigious guide honoring the nation's most accomplished trial lawyers, Best Lawyers, Super Lawyers, and 100 National Trial Lawyers. She has also been consistently recognized by her peers and leading legal publications, including:

- New York Super Lawyers (since 2011), including Top 100 in New York and the United States
- National Trial Lawyers Top 100 Trial Lawyers (since 2012)
- Super Lawyers – New York Metro (since 2006)
- Top 10 Attorneys in New York, Attorney & Practice Magazine (since 2021)
- Top 25 National Women Trial Lawyers in New York (since 2021)
- Best Personal Injury Attorneys in New York, American Institute of Personal Injury Attorneys (since 2024)
- Lawyer of the Year for Mass Tort & Class Action Litigation, New York City (since 2023)
- Legal 500 Recommended Lawyer (since 2024)
- Best Lawyers in America, Mass Tort Litigation/Class Actions – Plaintiffs (2019–2022)
- American Association for Justice Board of Governors Outstanding Achievement Award (2019)

Ms. Fleishman has held leadership roles in significant multidistrict litigation in federal and state courts involving pharmaceutical drugs, medical devices, and personal health products. She was appointed Co-Lead Counsel in the Pre-Term Infant Formula Litigation in the MDL in SDIL, Co-Lead in the Riddell Defective Helmet Product Liability Litigation in the MDL in EDPA. She served as Lead Counsel for the opt out plaintiffs in the NFL Concussion Injuries Litigation and serves on the Plaintiffs' Executive Committee in the IVC Filter Injuries Litigation. She is currently working on the organization of the Olympic Scopes Porducts Liability Litigation pending in state court in Pennsylvania and the new Dupixent Litigation. Her leadership experience also includes the Co-Lead roles or Plaintiffs' Executive Committee roles in the Stryker Rejuvenate and ABG-II hip implant litigation, Zimmer Durom Cup hip implant

litigation, Yaz and Yasmin litigation, DePuy hip implant litigation, Medtronic Sprint Fidelis heart lead litigation, Guidant cardiac defibrillator litigation, Ortho Evra Patch litigation, and contaminated contact lens solution litigation against Bausch & Lomb and Abbott Medical Optics.

In addition to her mass tort practice, Ms. Fleishman handles a broad range of catastrophic injury cases, including environmental contamination cases, sexual assault cases brought against institutions, vehicle accident cases involving design defects and complex medical malpractice matters

Ms. Fleishman is an AV Preeminent-rated attorney by Martindale-Hubbell, reflecting the highest level of professional excellence and peer recognition. She has been named among the Top 100 Trial Lawyers in America and served as an officer of the New York State Trial Lawyers Association. Ms. Fleishman is a Life Fellow of the American Bar Foundation, served as the New York State Delegate to the Board of Governors of the American Association for Justice, and a past President of the AAJ Section on Tort, Environmental and Product Liability Litigation.

**EDUCATION**

- Temple University James E. Beasley School of Law, Philadelphia, Pennsylvania
  J.D. - 1977
- University of Pennsylvania, Philadelphia, Pennsylvania
  Post-Baccalaureate Pre-Med - 1982
- Sarah Lawrence College, Yonkers, New York
  B.A. - 1974

**BAR ADMISSIONS**

New York, 1992
Pennsylvania, 1977
U.S. Supreme Court, 2000
U.S. Court of Appeals, 2nd Circuit, 1995
U.S. Court of Appeals, 3rd Circuit, 2010
U.S. Court of Appeals, 5th Circuit, 2014
U.S. Court of Appeals, 8th Circuit, 2009
U.S. Court of Appeals, 9th Circuit, 2010
U.S. Court of Appeals, 11th Circuit, 1999 Colorado District Court
Missouri Eastern District Court
U.S. District Court, Eastern District of New York, 1999
U.S. District Court, Northern District of New York, 1999
U.S. District Court, Southern District of New York, 1995
U.S. District Court, Western District of New York, 2012
U.S. District Court, Eastern District of Pennsylvania, 1984

U.S. District Court, Western District of Pennsylvania, 2001
U.S. District Court, Eastern District of Wisconsin, 2013

**PROFESSIONAL ASSOCIATIONS AND MEMBERSHIPS**

- American Association for Justice, Board of Governors
- American Association for Justice, Board of Governors, Women Trial Lawyer's Caucus, American Bar Foundation, Life Fellow
- American Bar Association, Vice-Chair, Pharmaceutical, Medical Device and Bioscience General Committee, 2019 -2021
- American Bar Association, Class Actions & Derivative Suits Committee-Pharmaceutical & Health Subcommittee 2010; Annual Meeting, Torts & Insurance Practices Section, NYC, Affair Chair, 1997;
- Trial Techniques Committee, Torts and Insurance Practices Section, Chair-Elect (1996)
- American Institute of Legal Advocates, Elite Advocate (2019)
- Association of the Bar of the City of New York:
- Product Liability Committee (2007–present)
- Judiciary Committee (2004–present)
- Board of Advisors, Hofstra Law School Mass Tort Institute
- Federal Bar Association
- Fight for Justice Campaign
- Gender and Race Bias Task Force, Second Circuit (1994–1996)
- New York County Lawyers Association
- New York State Academy of Trial Lawyers
- New York State Trial Lawyers Association:
- Secretary (2013–2015)
- Treasurer (2012–2013)
- Board of Directors (2004–2015)
- New York State Bar Association
- New York Women's Bar Association
- Pennsylvania Association for Justice:
- Committee on Legal Ethics and Professionalism (1993–present)
- Committee on Attorney Advertising (1993–present)
- Vice-Chair, Task Force on Attorney Advertising (1991–1992)
- Philadelphia Bar Association: Committee on Professionalism (1991–1992)

**PUBLISHED WORKS & APPEARANCES**

- Moderator, LF Dealmakers, "Acquisition Arms Race," September, 2026

- Panelist, "NEC Infant Formula Case," Mass Torts Made Perfect (MTMP), April 2025
- Speaker, "Depo Provera: The JPML Landscape – Parties, Authorized Generic Liability, Design Defect Epidemiology, History of the Drug and Case Criteria," Harris Martin MDL Conference, January 2025
- Panelist, "Branding Yourself as The Superhero You Are," Class of Our Own: Litigating Women's Summit, May 2023
- Moderator, "Jurisdiction: Defining State Courts' Authority," Pound Civil Justice Institute Judges Forum, Boston, MA, July 2017
- Speaker, "Diversity in Mass Torts," American Association for Justice Education Programs, July 2017
- Speaker, "Mass Torts & Criminality," JAMS Mass Torts Judicial Forum, April 2017
- Speaker, "Settling Strategies for MDLs," JAMS Mass Torts Judicial Forum, April 2016
- Moderator & Chair, "Toxic, Environmental & Pharmaceutical Torts," American Association for Justice Annual Convention, July 2014
- Speaker, "Creating a Vision for Your Practice," Minority Caucus and Women Trial Lawyers Caucus, July 2013
- Speaker, "Ethics of Fee Agreements in Mass Torts," AAJ Education Programs, July 2009
- Speaker, "How to Find, Understand, and Litigate Mass Torts," NYSTLA Mass Torts Seminar, April 2009
- Co-Author, "The Risky Business of Off-Label Use," Trial Magazine, March 2005
- Co-Author, "From the Defense Perspective," Scientific Evidence, Aspen Law Publishing, 1999
- Editor, Trial Techniques Newsletter, ABA Torts and Insurance Practice Section (1993–1996)
- Editor & Co-Author, "Proving and Defending Damage Claims: A Fifty-State Guide"

# MITCHELL T. THEODORE

2131 Magnolia Avenue South
Birmingham, AL 35205
mtheodore@corywatson.com
(205) 271-7178


## EXPERIENCE

**Cory Watson Attorneys** — Birmingham, AL
Principal, February 2015-Present

- Practice primarily in the areas of pharmaceutical, medical device, and environmental multidistrict litigation and personal injury litigation
- Independently handle large caseloads while serving as the firm's primary attorney in certain multi-district litigations
- Litigate all phases of a lawsuit from pretrial discovery through trial

**Carr Allison, P.C.** — Birmingham, AL
Associate Attorney, November 2013-February 2015

- Handled case files primarily in the areas of labor and employment, products liability, professional liability, and workers' compensation
- Drafted and argued motions, took depositions, and attended mediations

**Cole, Scott & Kissane, P.A.** — Tampa, FL
Associate Attorney, September 2012-November 2013

- Handled case files including writing initial lawsuit evaluations for clients in medical malpractice, nursing home, and premises liability cases
- Drafted pleadings including motions for summary judgment, motions to compel, motions in limine, interrogatories, and requests for production

## EDUCATION

**The University of Alabama School of Law** — Tuscaloosa, AL
Juris Doctor (J.D.), 2012

**The University of Alabama** — Tuscaloosa, AL
Bachelor of Arts (B.A.), *magna cum laude*, 2009

## PROFESSIONAL MEMBERSHIPS

- Birmingham Bar Association
- Alabama State Bar Association
- Florida State Bar Association
- American Association for Justice
- Alabama Association for Justice

## PROFESSIONAL INVOLVEMENT

- BBA Grievance Committee, 2019-2023
- BBA Scholarship Committee, 2019-2020
- ALAJ Emerging Leaders Caucus
- MDL 2973—*In re: Elmiron Products Liability Litigation*, Plaintiffs' Steering Committee

## PROFESSIONAL RECOGNITION

- Mid-South Super Lawyers: Rising Star 2020-2021
- Mid-South Super Lawyers, 2022-2027
- Best Lawyers: Ones to Watch, 2021-2025
- Birmingham Business Journal's NextGen in Law, 2023
- National Law Journal's Top 100 Verdicts of 2020
- Midwest Top 25 Verdicts & Settlements of 2020

## COMMUNITY INVOLVEMENT

- Big Brothers Big Sisters of Central Alabama Volunteer, 2018-2021
- Community Food Bank of Central Alabama Volunteer, 2020-present
- Bell Runner for The Bell Center for Early Intervention Programs
- United Way of Central Alabama Donor

# JASON S. RATHOD

FOUNDING PARTNER / CLASS ACTION & COMPLEX LITIGATION
Washington, DC • (202) 470-3520 • jrathod@classlawdc.com

## PROFILE

Founding partner of Migliaccio & Rathod LLP with more than fifteen years of experience prosecuting complex class actions, multidistrict litigation, and trials. Court-appointed leadership experience spans pharmaceutical and medical-device litigation, product defects, data privacy, and consumer matters, with particular depth in scientific and expert strategy, medical-monitoring claims, class certification, and the development of classwide damages theories.

## SELECTED COURT APPOINTMENTS & MDL LEADERSHIP

***In re Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litigation, MDL No. 3014 (W.D. Pa.).*** PSC • CO-CHAIR, SCIENCE & EXPERTS • CHAIR, CLASS ACTION & EXPERTS SUBCOMMITTEE

Among 12 attorneys appointed to the Plaintiffs' Steering Committee. Co-chaired the Science and Experts Committee and chaired the Class Action and Experts Subcommittee; helped select and prepare experts for Science Day and expert reports and worked with economists on classwide damages models. The litigation produced approximately $1.7 billion in economic-loss, medical-monitoring, and personal-injury resolutions.

***In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875 (D.N.J.).*** MEDICAL MONITORING CLASS COUNSEL

Served as Medical Monitoring Class Counsel in pharmaceutical-products litigation involving nitrosamine contamination of generic drugs. The court certified medical-monitoring classes across multiple states under Rules 23(b)(2) and 23(b)(3).

***In re Snowflake, Inc., Data Security Breach Litigation, MDL No. 3126 (D. Mont.).*** CO-LEAD COUNSEL • CHAIR, LAW & BRIEFING COMMITTEE

Appointed Co-Lead Counsel in a nationwide MDL involving Fortune 500 defendants and hundreds of millions of consumers; serves as Chair of the Law and Briefing Committee and has helped direct representative pleadings, dispositive-motion briefing, and threshold case-management issues.

***In re Kia Hyundai Vehicle Theft Litigation, No. 8:22-ml-03052-JVS-KES (C.D. Cal.).*** EXPERTS COMMITTEE

Selected to a three-person Experts Committee in multidistrict litigation involving vehicle-security defects. The litigation resulted in a classwide settlement valued at more than $200 million, including injunctive relief.

***Additional significant appointments.*** CO-LEAD / CLASS COUNSEL • PSC

Co-Lead Counsel and Settlement Class Counsel in the Cash App data-breach litigation; Plaintiffs' Steering Committee member in the Chevrolet Bolt EV Battery Litigation; and Patient Track Plaintiffs' Steering Committee member in the Change Healthcare MDL.

## SELECTED LITIGATION EXPERIENCE

- **Trial and evidentiary experience.** Served as co-lead trial counsel in a consumer-fraud case in which the jury returned a plaintiff verdict on all counts and a $5.8 million punitive-damages award; the reduced punitive award was affirmed on appeal. Also served on a class-action trial team in a product-defect case, deposed a key statistics expert, and successfully obtained exclusion of the expert's testimony.
- **Class certification and appellate work.** Has secured or defended class certification across consumer, medical-monitoring, civil-rights, and public-interest matters, including appellate briefing that resulted in a unanimous Sixth Circuit affirmance of class certification and subsequent multimillion-dollar settlements.
- **Complex class-action practice.** Experience spans medical and consumer products, privacy and technology, wage-and-hour, civil-rights, and tenant litigation, including cases producing substantial common-fund recoveries, individualized payments, debt relief, practice changes, and other injunctive remedies.
- **Expert-intensive litigation.** Substantial experience identifying, vetting, preparing, and working with scientific, technical, economic, and statistical experts in MDLs, class-certification proceedings, and trial settings.

## PROFESSIONAL EXPERIENCE

**Migliaccio & Rathod LLP** / Washington, D.C. — **FOUNDING PARTNER** 2016-Present

**Whitfield Bryson & Mason LLP** / Washington, D.C. — **ASSOCIATE** 2010-2016

**U.S. Department of Justice** / Washington, D.C. — **LEGAL EXTERN** 2010

**Gilbert LLP** / Washington, D.C. — **SUMMER ASSOCIATE** 2009

**Self-Employed Women's Association** / Ahmedabad, India — **LEGAL INTERN** 2008

## EDUCATION & PUBLIC-INTEREST BACKGROUND

- **Duke University School of Law, J.D., 2010.** Articles Editor, Duke Law Journal. During law school, worked with the Self-Employed Women's Association in Ahmedabad, India, on public-interest litigation on behalf of street vendors.
- **Grinnell College, B.A., 2006, with honors.** Political Science and Religious Studies. Awarded a Watson Fellowship after college to study the Indian diaspora in Fiji, Mauritius, South Africa, Trinidad & Tobago, Guyana, and Suriname.

## ADMISSIONS

- Illinois
- District of Columbia
- U.S. Court of Appeals for the District of Columbia Circuit
- U.S. Court of Appeals for the Second Circuit
- U.S. Court of Appeals for the Third Circuit
- U.S. Court of Appeals for the Fourth Circuit
- U.S. Court of Appeals for the Eighth Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. District Court for the District of Columbia
- U.S. District Court for the District of Maryland
- U.S. District Court for the District of Nebraska
- U.S. District Court for the Northern District of Illinois
- U.S. District Court for the Western District of Pennsylvania
- U.S. District Court for the District of Colorado
- U.S. District Court for the Eastern District of Michigan
- U.S. District Court for the Western District of Michigan

## SELECTED SCHOLARSHIP & SPEAKING

- *Be Careful What You Wish For: The Rise of Mass Arbitration* — American Bar Association CLE panel, 2022.
- *Mass Arbitration at the O.K. Corral* — American Bar Association National Institute on Class Actions, 2020.
- *Arbitration Tactics and Strategy* — American Association for Justice CLE, 2020.
- *Trying the Class Action: Practical Tips from the Pros* — American Association for Justice, panelist, 2015.
- *Emerging Markets, Vanishing Accountability: How Populations in Poor Countries Can Use Aggregate Litigation to Vindicate Their Rights* — 24 Transnat'l L. & Contemp. Probs. 69 (2014).
- *The Arc and Architecture of Private Enforcement Regimes in the United States and Europe: A View Across the Atlantic* — 14 U.N.H. L. Rev. 303 (2016) (co-authored).

## RECOGNITION

**Super Lawyers Rising Stars** 2017-2023 • **Super Lawyers** 2024-2026

# ELLEN RELKIN

Ellen Relkin is a partner at Weitz & Luxenberg, P.C. in New York City. She has represented Plaintiffs in complex medical device, pharmaceutical and toxic tort cases for forty years. She is certified by the New Jersey Supreme Court as a Certified Civil Trial Attorney. She was awarded the Lifetime Achievement Award by the American Association for Justice in 2025 and was named to the Trial Lawyer Hall of Fame in 2025. She has been elected as a "Super Lawyer" and a "Best Lawyer" of New Jersey and New York as well as AV rated by Martindale-Hubbell. She is licensed to practice in New York, New Jersey, Pennsylvania, and the District of Columbia.

She has served in many federal and state leadership roles in product liability cases. Ms. Relkin is co-lead counsel in the *Depo-Provera Liability Litigation, MDL No. 3140 (N.D. Fla.); Exactech Polyethylene Orthopedic Products Liability Litigation,* E.D.N.Y., MDL 3044. In 2019, Ms. Relkin was appointed as co-lead counsel in the *In Re: JUUL Labs Products Liability Litigation*, N.D. Cal, MDL 2913. She serves on the Executive Committee in the *National Prescription Opiate Litigation*, MDL. She was also appointed to the Plaintiffs Executive Committee in the federal and Lead Counsel in the state parallel *In Re: Stryker LFit CoCr V40 Femoral Heads Litigations.* She was previously lead counsel in the New Jersey *In Re: Stryker Rejuvenate/ABG II Modular Hip Litigation where she* was a member of the negotiating team for a settlement compensating 3,000 plaintiffs for an amount in excess of one billion dollars.

Ms. Relkin was co-lead counsel in the DePuy ASR MDL litigation where she played a key role in negotiating the $2.5 billion settlement for 8,000 victims of the failed hip implant. She was a member of the trial team in the landmark Vioxx case *McDarby v. Merck*, that obtained a $13.5 million verdict and successfully defended the compensatory verdict before the New Jersey Appellate Division, 949 A.2d 223 (N.J. App. Div. May 29, 2008). This precedential case recognized a heeding presumption in pharmaceutical product liability litigation.

Ms. Relkin is an elected member of the American Law Institute and served as an Adviser to the Restatement of the Law Third, Torts Miscellaneous Provisions. She is an appointed member of the American Bar Foundation. She serves on the Board of Governors of the New Jersey Association for Justice, she is Co-Chair of the Mass Tort Law Section of the New Jersey Association for Justice. She is former President of the National Civil Justice Institute. She has published in numerous legal publications and is a regular speaker at continuing legal education programs nationally.