LEVIN PAPANTONIO
PROCTOR | BUCHANAN | O'BRIEN
BARR | MOUGEY | P.A.

October 6, 2026

**Honorable Zahid N. Quraishi**
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re:** ***In re Dupixent (Dupilumab) Products Liability Litigation***
MDL No. 3180, Civil Action No. 3:26-md-03180-ZNQ-JBD

Dear Judge Quraishi:

As requested by the Court during the October 1, 2026 Initial Case Management Conference, Plaintiffs respectfully submit the attached Proposed Order Appointing Plaintiffs' Co-Lead Counsel, Executive Committee, Steering Committee, and Federal-State Liaison in connection with Plaintiffs' Unopposed Motion to Appoint Plaintiffs' Co-Lead Counsel, Executive Committee, Steering Committee, and Federal-State Liaison (ECF No. 28).

Respectfully submitted,

Brandon L. Bogle
For the Firm

BLB/ce
Attachment