UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE DUPIXENT (DUPILUMAB) PRODUCTS LIABILITY LITIGATION | MDL No. 26-3180 (ZNQ)(JBD)<br><br>**PROCEDURE ORDER NO. 2: STANDING SCHEDULE FOR STATUS CONFERENCES** |

This matter having come before the Court for an initial case management conference on October 1, 2026, *see* [Dkt. 3]; and, as discussed during that conference, the Court finding it appropriate to schedule periodic status conferences to ensure the efficient and orderly administration of this multi-district litigation; and for good cause shown,

IT IS on this 7th day of October, 2026,

**ORDERED** that the Court will hold status conferences by video on the following dates and times:

- **December 17, 2026** at **11:00 a.m.**
- **February 22, 2027** at **2:00 p.m.**
- **September 2, 2027** at **2:00 p.m.**
- **December 9, 2027** at **2:00 p.m.**

No later than one (1) week before each video status conference, the parties shall file a joint status letter via CM/ECF, not to exceed five (5) pages, that summarizes the status of the proceedings and identifies any issues ripe for discussion with the Court. The Court will circulate dial-in information in advance of each conference to all parties.

**IT IS FURTHER ORDERED** that the Court will hold an in-person status conference on **May 17, 2027** at **2:00 p.m.** in Courtroom 7E, Clarkson S. Fisher Federal Building & U.S. Courthouse, Trenton, New Jersey. No later than one (1) week before the conference, the parties shall file a joint status letter via CM/ECF, not to exceed five (5) pages, that summarizes the status of discovery and identifies any issues ripe for discussion with the Court; and it is further

**ORDERED** that, the Court may, from time to time, schedule additional status, case management, and/or discovery conferences as may be required, either in its own discretion or at the request of counsel.

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE