**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: DUPIXENT (DUPILUMAB) PRODUCTS LIABILITY LITIGATION** | Civil Action No. 26-md-3180 |
| **This Document Relates to:** **ALL CASES** | |

**ORDER APPOINTING PLAINTIFFS' CO-LEAD COUNSEL, EXECUTIVE COMMITTEE, STEERING COMMITTEE, AND FEDERAL-STATE LIAISON**

Having considered Plaintiffs' Unopposed Motion to Appoint Plaintiffs' Co-Lead Counsel, Executive Committee, Steering Committee, and Federal-State Liaison (ECF No. 28), the Court hereby finds and orders as follows.

Counsel for Plaintiffs in the above-captioned multidistrict litigation ("MDL") have advised the Court that they have: (a) met and conferred concerning the organization and orderly advancement of this MDL; and (b) considered all the relevant factors in Initial Procedure Order No. 1 (ECF No. 3) and those set forth in the *Manual for Complex Litigation, Fourth*, concerning the appointment of counsel in an MDL such as this one.

The Court, having reviewed the Plaintiffs' Unopposed Motion, and with no objections thereto having been filed, finds that the consensus recommendations present a balanced team with a diversity of backgrounds, skills, expertise, and prior casework and roles, all of which will provide the Court with an effective organizational structure to advance this MDL in an efficient and just manner and will advance the Court's and the Judicial Panel on Multidistrict Litigation's goal of introducing new and different counsel to this specialty area of practice.

The duties of Co-Lead Counsel, Executive Committee, Steering Committee, and Federal-State Liaison are set forth below. The appointments in this Order are personal. Accordingly, these appointees cannot be substituted by other attorneys, including members of such appointee's law firm, except with Court approval.

Accordingly, Plaintiffs' Unopposed Motion to Appoint Plaintiffs' Co-Lead Counsel, Executive Committee, Steering Committee, and Federal-State Liaison (ECF No. 28) is GRANTED, and the Court hereby appoints the following Plaintiffs' leadership:

**I. Co-Lead Counsel**

**Christopher A. Seeger**
Seeger Weiss LLP
**Brandon L. Bogle**
Levin, Papantonio, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A.

## II. Executive Committee

**Laura J. Baughman**
Weitz & Luxenberg, P.C.

**Mark P. Chalos**
Lieff Cabraser Heimann & Bernstein, LLP

**Hunter J. Shkolnik**
Napoli Shkolnik

## III. Steering Committee

**Frederick S. Longer**
Levin Sedran & Berman, LLP

**Keith E. Donovan**
Morris James LLP

**Sara J. Watkins**
Robert Peirce & Associates, P.C.

**Wendy R. Fleishman**
Clancy Fleishman, LLP

**Mitchell Theodore**
CORY WATSON P.C.

**Jason S. Rathod**
Migliaccio & Rathod LLP

## IV. Federal-State Liaison

**Ellen Relkin**
Weitz & Luxenberg, P.C.

## V. Leadership Responsibilities

### A. Co-Lead Counsel Responsibilities

Co-Lead Counsel shall have ultimate responsibility for the direction, oversight, coordination, and management of this litigation and shall coordinate the responsibilities and activities of the Plaintiffs' Executive Committee and Plaintiffs' Steering Committee. Co-Lead Counsel shall have the following responsibilities and authority:

- Serve as spokespersons for Plaintiffs in matters concerning the common prosecution and management of this litigation before the Court and in communications with Defendants;
- Formulate and present Plaintiffs' positions on substantive and procedural issues common to Plaintiffs;
- Call and conduct meetings of Plaintiffs' counsel for any appropriate purpose;
- Assign and direct work to members of the Executive Committee, Steering Committee, other Plaintiffs' counsel, and any committees or working groups established by Co-Lead Counsel as necessary for the effective and efficient prosecution of the litigation;
- Make or submit motions, briefs, and other filings on behalf of Plaintiffs concerning common issues, and oppose motions filed by Defendants concerning such issues, except as to matters specifically directed to individual Plaintiffs and their counsel;
- Coordinate discovery on behalf of Plaintiffs, including written discovery, document discovery, depositions, and expert discovery, consistent with the Federal Rules of Civil Procedure and the orders of this Court;
- Consult with and retain expert witnesses and consultants concerning issues common to Plaintiffs;
- Negotiate and enter into stipulations and agreements with Defendants concerning the management and prosecution of the litigation, subject to Court approval where required;

- Prepare and submit status reports, case management statements, proposed orders, and other submissions concerning the common prosecution and management of the litigation;

- Attend status conferences, case management conferences, hearings, and other proceedings concerning matters common to Plaintiffs, and designate other Plaintiffs' counsel to participate as appropriate;

- Coordinate and oversee common-benefit work and monitor the work, time, and expenses of counsel performing such work, subject to any subsequent order of the Court governing common-benefit procedures;

- Keep non-leadership Plaintiffs' counsel reasonably informed of material developments in the litigation;

- Coordinate with the Federal-State Liaison concerning related state-court proceedings;

- Facilitate and conduct settlement discussions concerning the potential resolution of common issues or claims, as appropriate; and

- Perform such other functions as may be necessary for the fair, effective, and efficient coordination of Plaintiffs' pretrial activities or as authorized by further order of the Court.

**B. Executive Committee & Steering Committee Responsibilities**

The Plaintiffs' Executive Committee and the Plaintiffs' Steering Committee shall consult with, assist, and advise Co-Lead Counsel in the overall management and prosecution of this Litigation and shall operate under the direction of Co-Lead Counsel. The Executive Committee and Steering Committee shall have the following responsibilities:

- Assist and advise Co-Lead Counsel concerning substantive, procedural, strategic, discovery, expert, and case-management matters common to Plaintiffs;

- Assist Co-Lead Counsel in coordinating and overseeing the activities of Plaintiffs' counsel and in ensuring that common-benefit work is conducted effectively and efficiently and without unnecessary duplication of effort or expense;
- Assist in coordinating discovery, briefing, expert development, and other common-benefit activities, in consultation with the Steering Committee and other Plaintiffs' counsel as appropriate;
- Chair or participate in committees, subcommittees, or working groups established by Co-Lead Counsel and oversee work assigned to such groups;
- Assist Co-Lead Counsel in developing and implementing strategies for the efficient prosecution and potential resolution of the Litigation; and
- Perform such other common-benefit work and responsibilities as may be assigned by Co-Lead Counsel or authorized by further order of the Court.

No common action or work shall be undertaken by or on behalf of the Executive Committee or the Steering Committee except at the direction or with the approval of Co-Lead Counsel.

**C. Federal-State Liaison**

The Federal-State Liaison shall, at the direction of Co-Lead Counsel, facilitate communication and coordination between Plaintiffs' leadership in this MDL and counsel in related state-court proceedings, including related proceedings pending in the Superior Court of New Jersey. The Federal-State Liaison shall have the following responsibilities:

- Keep Co-Lead Counsel, the Executive Committee, the Steering Committee, and the Court informed of significant developments in related state-court proceedings;

- Keep counsel in related state-court proceedings reasonably informed of significant developments in this MDL;
- Facilitate communication between Plaintiffs' leadership in this MDL and counsel in related state-court proceedings concerning matters of common interest;
- Facilitate coordination of discovery, depositions, expert proceedings, scheduling, and other pretrial activities between the MDL and related state-court proceedings, where appropriate, to promote efficiency, minimize unnecessary duplication and expense, and reduce the potential for inconsistent pretrial proceedings;
- Coordinate with counsel concerning any state-court coordination or multicounty litigation proceedings involving related Dupixent claims, including any proceedings arising from the request for multicounty litigation filed in the Superior Court of New Jersey; and
- Perform such other federal-state coordination functions as may be assigned by Co-Lead Counsel or authorized by further order of the Court.

**SO ORDERED.**

HON. ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE