SHOOK
HARDY & BACON

October 30, 2026

Adrienne L. Byard

2555 Grand Blvd.
Kansas City, Missouri 64108
**t** 816.474.6550
**dd** 816.559.2574
**f** 816.421.5547
abyard@shb.com

Honorable Zahid N. Quraishi
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

**Re: In re Dupixent (Dupilumab) Products Liability Litigation**
**MDL No. 3180, Civil Action No. 3:26-md-03180-ZNQ-JBD**

Dear Judge Quraishi:

Pursuant to Paragraph 6 of Initial Procedure Order No. 1 (ECF No. 3), entered June 11, 2026, and as requested by the Court at the October 1, 2026, Initial Management Conference, the Parties respectfully submit the enclosed Proposed Initial Management Order. The Parties also submit the enclosed Proposed Direct Filing Order and *In Extremis* Deposition Protocol.

The Parties have exchanged drafts, narrowed disputes, and are continuing to meet and confer regarding the following proposed orders:

- Discovery Confidentiality Order,
- Deposition Protocol,
- ESI Protocol, and
- Pathology Preservation, Handling, and Testing Orders.

A draft is also forthcoming on a Proposed Order Governing Clinical Trial Specimens. As the remaining disputes are resolved, the Parties will continue to submit proposed orders on a rolling basis. If the Parties are unable to reach agreement on any of these proposed orders in the very near future, the Parties will submit a joint letter identifying any outstanding disputes for the Court's consideration.

Sincerely,

Adrienne Byard

Adrienne L. Byard
Partner

ABS:ns