November 18, 2026

Adrienne L. Byard

2555 Grand Blvd.
Kansas City, Missouri 64108
**t** 816.474.6550
**dd** 816.559.2574
**f** 816.421.5547
abyard@shb.com

Honorable Zahid N. Quraishi
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

**Re: In re Dupixent (Dupilumab) Products Liability Litigation**
**MDL No. 3180, Civil Action No. 3:26-md-03180-ZNQ-JBD**

Dear Judge Quraishi:

Further to the Parties' October 30, 2026 Letter (ECF No. 41), the Parties respectfully submit the enclosed Proposed Confidentiality Order.

The proposed order is based on the form Confidentiality Order at Appendix S to the Local Civil Rules. Consistent with Paragraph 8 of Magistrate Judge Day's Case Management Order, the Parties submit a clean version ready for signature and a redlined version showing how it differs from Appendix S.

The Parties continue to meet and confer regarding the remaining proposed orders identified in their October 30 letter, and will submit them on a rolling basis or, absent agreement in the very near future, a joint letter identifying any outstanding disputes for the Court's consideration.

Sincerely,

Adrienne Byard

Adrienne L. Byard
Partner

ABS:ns